Operating Procedures and Policies for the ........................................................ 1
Oklahoma Board of Corrections ....................................................................... 1
I.   Operating Procedures ................................................................................ 1
   A.  Duties and Responsibilities ................................................................... 1
   B.  Orientation ............................................................................................ 3
   C.  Officers, Terms of Office, and Qualifications ........................................ 3
   D.  BOC Vacancies and Succession .......................................................... 3
   E.  Facility/Office Tours .............................................................................. 4
   F.  Inquiries ................................................................................................ 4
II.  Administration of BOC Functions .............................................................. 4
   A.  Rules of Order ...................................................................................... 4
   B.  BOC Meetings ...................................................................................... 4
   C.  BOC Committees .................................................................................. 7
   D.  Committee Sunset Provision ............................................................... 10
   E.  BOC Agenda ....................................................................................... 10
   F.  Requests for Information by BOC Members ........................................ 11
III. Public Access ......................................................................................... 11
   A.  Requests for Information...................................................................... 11
IV.    Members Representing the BOC ........................................................... 12
V.  References ............................................................................................... 12
VI.    Action .................................................................................................... 12

| Section-01 Organization | Page: 1 | P-010200 | Effective Date: 01/27/2020 |
|---|---|---|---|
| Board Operating Procedures | ACA Standards: 2-CO-1A-10, 5-ACI-1A-01, 4-APPFS-3D-01 | | |

| | |
|---|---|
| **T. Hastings Siegfried, Chair**<br>**Oklahoma Board of Corrections** | **Signature on File** |

## Operating Procedures and Policies for the
## Oklahoma Board of Corrections

The Oklahoma Board of Corrections (BOC) will establish and maintain written policies for the operation of the Oklahoma Department of Corrections (ODOC) pursuant to Section 504 of Title 57 of the Oklahoma Statutes. (5-ACI-1A-01, 4-APPFS-3D-01)

I.    Operating Procedures

   A.    Duties and Responsibilities

      Upon selection by the Governor, the Oklahoma State Senate, or the Oklahoma House of Representatives to the BOC, the prospective new BOC member(s) shall promptly receive a copy of these Operating Procedures and Policies and its attachments, including the "Performance Expectations for Members of the Oklahoma Board of Corrections" which is incorporated by reference (Attachment A, attached).

      The Governor will appoint five members to the BOC, with the President Pro Tempore of the Senate and the Speaker of the House of Representatives each appointing two members.

DEFENDANT'S
EXHIBIT

1

| Section-01 Organization | Page: 2 | P-010200 | Effective Date: 01/27/2020 |
|---|---|---|---|

The duties and responsibilities outlined in these Operating Procedures and Policies will be reviewed annually by the BOC and the ODOC director. The BOC will have the following powers and duties:

1.  Establishment of Policies

    The BOC will establish policies for the operation of the ODOC.

2.  Approval of Personnel Matters (2-CO-1A-10)

    a.  The BOC may require the agency director and any other ODOC personnel, when deemed necessary by the BOC, to give bond for the faithful performance of their duties (57 O.S. 504(5)).

    b.  The BOC will consider for confirmation and vote on the appointments of positions to be determined by the BOC.

3.  Approval of Contracts and Budgets

    a.  The BOC will be involved in the selection of architectural firms for projects when the architect's fee is over $200,000. The BOC will also approve requisitions for construction contracts for projects where estimated construction costs are greater than $500,000. Approval of construction documents must occur before acceptance of a bid.

    b.  The BOC will be involved in the selection of sites for new institutions and community corrections centers, and select and approve relocation of existing correctional facilities.

    c.  The BOC will review and approve the proposed ODOC budget request before it is submitted to the Office of Management and Enterprise Services (OMES) in October of each year for review by the Governor.

    d.  The BOC will review and approve the ODOC budget work program before it is submitted to OMES on June 1 or as soon thereafter as possible.

    e.  The BOC will review and approve all emergency expenditures of money that exceed the agency director's authority as allowed by law.

4.  Private Prison Construction or Operation

    a.  If ODOC proposes to enter into a contract for the construction or the operation, or both, of a private prison, ODOC shall compare both the capital costs and the operating costs for the facility to the imputed capital costs and the projected operating costs of a comparable facility

| Section-01 Organization | Page: 3 | P-010200 | Effective Date: 01/27/2020 |
|---|---|---|---|

constructed and operated by ODOC (57 O.S. 561, 561.1D-4 &G).

b.    ODOC shall then deliver to the BOC the top three qualified prospective private prison contractors identified pursuant to law together with the information reviewed and analyzed by ODOC during analysis of the proposals. The BOC shall evaluate the information provided and shall make a final decision selecting the contractor within 15 days of receipt of the information (57 O.S.561.1.H).

c.    Should ODOC choose to negotiate with current private prison contractors for a new contract for the operation, lease, or lease/purchase of a private prison, ODOC shall compare both the capital costs and the operating costs for the facility to the imputed capital costs and the projected operating costs of a comparable facility constructed and operated by ODOC. The BOC shall evaluate the information provided and shall make a final decision selecting the contractor within 15 days of receipt of the information. Additional time may be provided, when necessary (57 O.S. 561, 561.1).

B.    Orientation

Within three months of their appointment, all newly appointed BOC members shall attend an orientation to become familiar with ODOC operations.

C.    Officers, Terms of Office, and Qualifications

1.    The BOC, composed of nine members, will have the following offices: a chair, vice chair, and secretary. These offices will be filled by BOC election at the regular meeting held annually in June.

2.    An incumbent officer may be re-elected as often as such officer receives the necessary votes. Newly elected officers will assume their offices at the conclusion of the BOC meeting in which they were elected.

D.    BOC Vacancies and Succession

1.    If a vacancy occurs in the office of the chair, the vice chair will automatically succeed to the office of the chair and complete the remaining term of office.

2.    Upon assuming the office of chair, the office of vice chair will become vacant through succession, and the chair may appoint a vice chair to complete the remaining term of office.

| Section-01 Organization | Page: 4 | P-010200 | Effective Date: 01/27/2020 |

3.    Any vacancy occurring in the office of vice chair or secretary may be filled by the chair by appointment for the remaining term of office.

4.    A newly appointed officer will assume office at the conclusion of the BOC meeting in which they were elected.

E.    Facility/Office Tours

Besides the tours or inspections, which may be taken during the regular BOC meetings, each BOC member is encouraged to conduct at least one visit of an ODOC institution, community corrections center and probation and parole office per year.

F.    Inquiries

Any inquiries regarding ODOC's operations, actions, or policies received by BOC members from the public, employees, or inmates/offenders will be referred to the agency director or designee for response. If those inquiries are of such a nature that referral to the agency director may be inappropriate, then referral should be made to the chair of the BOC for appropriate disposition.

II.    Administration of BOC Functions

A.    Rules of Order

1.    The *Modern Rules of Order* shall act as a guide to the BOC in the transaction of business during meetings, unless otherwise provided by law or these BOC operating policies.

2.    A quorum of the BOC consists of five BOC members.

3.    A roll-call vote of the BOC is taken on the following:

a.    All actions requiring BOC approval or confirmation as identified in this policy;

b.    Convening an executive session of the BOC; and/or

c.    On any other action at the request of any BOC member or upon the advice of legal counsel.

B.    BOC Meetings

The BOC will normally meet with the agency director at least monthly to review the administration and activities of the ODOC to include reports on the operation and performance of facilities and units, review BOC policies as needed, and other appropriate matters.(4-ACRS-7D-34)

| Section-01 Organization | Page: 5 | P-010200 | Effective Date: 01/27/2020 |

1. The chair will preside over BOC meetings. The vice chair will preside in the absence of the chair.

2. The monthly meetings will be conducted at a time and place designated by the chair (or vice chair in the chair's absence), and published by ODOC.

   a. Members who know that they will be unable to attend will notify the ODOC of their intended absence at least one week before the scheduled meeting.

   b. A majority of affirmative votes of a quorum will be required to conduct and transact the business of the BOC.

3. ODOC support staff will be responsible for the following:

   a. Recording the minutes of every BOC meeting;

   b. The certification of the approval of the minutes;

   c. Ensuring whenever possible, all documents and information relevant to the BOC meeting is provided to the BOC in electronic form, no less than five days prior to the scheduled BOC meeting; and

   d. Maintaining the official records of the BOC as required by law.

4. Upon approval of the minutes, the BOC Secretary will execute the following:

   Certificate of Approval

   I hereby certify that these minutes were duly approved by the Oklahoma Board of Corrections on _____ ___, 20_____, in which a quorum was present and voting.

   Date: _____   _____   Secretary of the Oklahoma Board of Corrections

5. All meetings of the BOC will be conducted according to the Oklahoma Open Meeting Act (25 O.S. § 301-314).

   a. The agency director will ensure that notice is given in writing to the Secretary of State, by December 15 of each calendar year, of the regularly scheduled meetings of the BOC for the next calendar year.

   b. The agency director will ensure that the proposed agenda is posted at least 24 hours before each meeting. The agenda

| Section-01 Organization | Page: 6 | P-010200 | Effective Date: 01/27/2020 |

will be posted in prominent public view at ODOC Administration, 3400 North Martin Luther King Avenue in Oklahoma City.

    c.    If any change is to be made in the date, time, or place of the regularly scheduled meeting, then notice in writing will be given to the Secretary of State not less than ten days before the implementation of the change.

    d.    The agency director shall certify, prior to the beginning of each meeting, that all requirements under the open meetings act were completed.

6.    BOC executive sessions are authorized only under the circumstances provided by Oklahoma law.

7.    Any vote or action must be taken in public meeting with the vote of each member publicly cast and recorded. At the end of each executive session, a public announcement will be made memorializing the executive session discussion and announcing whether a vote is necessary.

8.    Special meetings may be called by the chair or by a majority of the BOC as necessary and according to the Oklahoma Open Meeting Act.

9.    In the event any meeting is to be continued or reconvened, public notice of the action, including date, time, and place of continued meeting, will be given by announcement at the original meeting. Only matters appearing on the agenda of the meeting that is continued will be discussed at the continued or reconvened meeting.

10.    An emergency meeting of the BOC as permitted by the Oklahoma Open Meeting Act may be held without public notice. The person calling an emergency meeting will give as much advance public notice as is reasonable and possible under the existing circumstances.

11.    Matters of business that require further investigation or detailed study may be delegated to an ad hoc BOC committee appointed by the chair with the advice and consent of the Executive Committee.

12.    At each meeting, the chair may provide an opportunity for any relevant business to be introduced by any BOC member, the agency director or any citizen attending the meeting, however, business may not be transacted unless such business constitutes "new business" within the meaning of the Open Meeting Act.

| Section-01 Organization | Page: 7 | P-010200 | Effective Date: 01/27/2020 |
|---|---|---|---|

13.   Every meeting of the BOC will be electronically taped (except executive session) from which minutes will be transcribed in summary form. A copy of the minutes will be forwarded to the BOC before the next meeting for their review. After formal approval of the minutes, as submitted or as amended, the taped recordings shall be destroyed, unless the BOC or the Executive Committee requests that the tape recording not be destroyed. A certified copy of the approved minutes will constitute the official record of the BOC.

14.   Members of the BOC will be reimbursed for travel expenses, as provided by law for other state officers and employees, while attending meetings of the BOC or performing other official duties.

C.   BOC Committees

The chair of the BOC shall appoint or reappoint up to four members of the BOC to a standing committee at the beginning of a fiscal year. Any BOC member may offer a motion to create a standing or ad hoc committee, which shall include the proposed committee's specific tasks and/or goals. If approved, the chair shall appoint up to four members to the committee and name a member to act as chair of the newly created committee.
Each committee may meet as required by the respective chair of the committee and report their findings and recommendations to the full BOC for formal approval and action. After each meeting of any committee, a report will be made during the next regular or special BOC meeting as required. Committee meetings will be coordinated with the agency director and staff schedules.

The following committees are standing committees:

1.   Executive Committee

   a.   The Executive Committee shall consist of the following BOC members:

      (1)   Chair of the BOC;

      (2)   Vice chair of the BOC; and

      (3)   The immediate past chair of the BOC. In the event the past chair is no longer serving as a BOC member, the secretary of the BOC shall succeed to the Executive Committee.

   b.   Duties of the Executive Committee shall include:

      (1)   Developing, reviewing, and approving the monthly BOC agenda;

(2)    Performing BOC self-assessments by developing performance targets and assessing annually their achievement using a survey, interviews, or by other methods the BOC deems appropriate;

(3)    Reviewing BOC policies and recommending changes to be presented to the BOC; and

(4)    Any matter referred to it by the BOC chair or agency director.

2.    Audit/Finance/Technology Committee

a.    The Audit/Finance/Technology Committee will meet with the agency director and designated staff to conduct business, including but not limited to:

(1)    Reviewing and analyzing the ODOC's annual budget request and budget work program;

(2)    Recommending to the BOC the type and scope of the audits to be performed for the agency, the Oklahoma Correctional Industries and Agri-Services;

(3)    Recommending to the BOC the entity, firm or person to perform audits;

(4)    Determining the type, content and frequency of financial reports to fulfil proper financial oversight and compliance with Oklahoma Statutes;

(5)    Ensuring controls are in place to safeguard the assets of the agency as well as controls for proper financial reporting;

(6)    Development of a strategic modernization plan that encompasses the needs of the agency and its functioning divisions, departments, and groups;

(7)    Maintaining the strategic plan as a living document that encompasses changes in needs, budget availability, growth, and maintains technological currency; and

(8)    Provide insight and direction in strategic partnerships with legacy stakeholders and the development of new opportunities in information sharing.

b.   The Audit/Finance/Technology Committee will meet as needed to review the budget request due in October of each fiscal year.

c.   The Audit/Finance/Technology Committee will meet as needed to review the budget work program due June 1 or as soon thereafter as possible of each fiscal year.

d.   The Audit/Finance/Technology Committee chair or a designee will report to the BOC and request formal approval of the budget request and budget work program.

e.   The Audit/Finance/Technology Committee, the agency director and the CIO will communicate as necessary with Oklahoma Management and Enterprise Services (OMES), Information Services Division, to propagate working relationships.

f.   The Audit/Finance/Technology Committee will hear reports of new initiatives modernizing the agency or selected portions and carry this information forward to the general board for discussion and/or approval as necessary.

3.   Population/Security/Private Prison Committee

a.   The Population/Security/Private Prison Committee will meet as needed with the agency director and designated staff to conduct business, including but not limited to:

(1)   Reviewing the ODOC's population status, operating procedures, and the review and approval of facilities' authorized capacity.

(2)   Reviewing and approving requests for proposals, determining contract performance standards, proposing rules and regulations, reviewing and approving proposed per diem costs for the ensuing fiscal year, and reviewing the cost benefit analysis required by law.

(3)   Reviewing ODOC policies and procedures which may affect female inmates/offenders to ensure a level of parity that avoids and/or minimizes any discrimination.

(4)   Reviewing security operations that enhance the safety and security of the agency's staff and facilities.

| Section-01 Organization | Page: 10 | P-010200 | Effective Date: 01/27/2020 |
|---|---|---|---|

(5)     Reviewing internal reports or investigations related to inmate deaths, suicides, or non-routine security matters.

The Population/Security/Private Prison Committee chair or a designee will report to the full BOC their recommendations and request formal approval thereof.

4.     Public Policy/Affairs/Criminal Justice Committee

a.     The Public Policy/Affairs/Criminal Justice Committee will meet with the agency director and designated and appropriate staff to conduct business, including but not limited to the review and approval of the specific language of the legislative initiatives of the ODOC.

b.     The Public Policy/Affairs/Criminal Justice Committee will meet prior to each  legislative session, and from time to time during the legislative session, to review and discuss any necessary changes.

c.     The Public Policy/Affairs/Criminal Justice Committee, the agency director and designated staff will interface, as necessary, with members of other state boards, associations, organizations, agencies and designated appropriate staff to coordinate activities relating to the above named entities.

d.     The Public Policy/Affairs/Criminal Justice Committee chair or a designee will report to the BOC their recommendations and request formal approval thereof.

e.     The Public Policy/Affairs/Criminal Justice Committee will review policies and make recommendations to support criminal justice reform.

f.     The Public Policy/Affairs/Criminal Justice Committee will explore opportunities for cooperative efforts to promote awareness of ODOC policies and procedures as it relates to criminal justice reform.

D.     Committee Sunset Provision

All committees not designated as a standing committee shall expire after one calendar year from the date of the committee's inception, unless the BOC approves the committee's continued existence.

E.     BOC Agenda

| Section-01 Organization | Page: 11 | P-010200 | Effective Date: 01/27/2020 |

The chair and/or the Executive Committee shall be contacted in order for any item to be placed on the BOC agenda for a regular or special BOC meeting. Proposed agendas will be prepared and posted approximately seven days prior to any BOC meeting. A final agenda will be posted at least 24 hours in advance of any BOC meeting. After final posting, no additions to the agenda will be considered unless it falls under the item of new business in compliance with the Oklahoma Open Meeting Act. The decision of the chair will be final for placing items on the agenda for the next meeting unless requested by three members of the BOC in a timely manner.

F.    Requests for Information by BOC Members

Any BOC member or committee may request information from ODOC that is within the BOC's statutory authority, provided such request is presented to the agency director who may refer the request to the appropriate member of the ODOC staff. Copies of such information shall be provided to all members of the BOC, as deemed appropriate by the agency director and/or the BOC Executive Committee. Any requests that cause significant increases in workload for the agency director or ODOC staff should be referred to the BOC Executive Committee for approval or placed on the next BOC meeting's agenda for consideration by the BOC. The agency director will determine whether the request presents a significant increase in workload and the time required responding to the request. If required, the agency director will request that the BOC member contact the BOC chair to place the item on the agenda for the next BOC meeting.

III.    Public Access

The ODOC and its BOC share the responsibility to provide information concerning ODOC to Oklahoma citizens. The BOC will allow public and press inquiry of each BOC member after each BOC meeting, as each individual BOC member's schedule permits. All requests for information from BOC members shall be referred to the agency director for appropriate response.

A.    Requests for Information

Requests for information from the public regarding an individual inmate must meet the following requirements:

1.    The request must comply with OP-060212 entitled "Maintenance and Access of Inmate/Offender Records" and "Authorization to Release Department of Corrections Record Information" form (DOC 060212F).

2.    If the request is regarding questionable policy practices or possible criminal behavior by staff or an inmate, specific facts must be provided by the requesting party prior to any response.

For any request that does not involve possible criminal behavior by the inmate or that places the requesting party in jeopardy, the information gathered for the response shall be provided to the inmate by the unit staff. The inmate shall then have the opportunity to forward the information to the requesting party. The inmate shall be encouraged to utilize the grievance procedure, when appropriate.

This section will not apply to open records requests or requests by an inmate's attorney of record or elected public officials.

Unless otherwise provided by the Oklahoma Open Meeting Act, all BOC meetings will be open and accessible by the public. All members of the public attending BOC meetings shall be subject to any security procedures deemed necessary by the ODOC. Any person who has been denied access to any ODOC facility or institution may be allowed to attend a BOC meeting, provided the person meets all security concerns, and shall be limited to the specific room where the meeting is held, and shall be required to arrive within a reasonable time before the meeting and leave within a reasonable time after the adjournment of the meeting.

IV.   Members Representing the BOC

Only members or committees authorized by the chair and/or the Executive Committee or pursuant to a duly adopted BOC resolution may represent the BOC before the executive or legislative branch or before any other branch or agency of the state or federal government or before any private entity, including the press. Except as noted above, media comments may be made stating only the personal views or positions of the member on matters that may come before the BOC. Members may express their personal views on any proposed legislation affecting the ODOC.

V.   References

OP-060212 entitled "Maintenance and Access of Inmate/Offender Records"

25 O.S. 301-314

57 O.S. 503, 504, 506, 510, 561, 561.1

74 O.S. 2.2

577 P. 2nd 1310 (Okla. 1978)

VI.   Action

The agency director is responsible for compliance with this policy.

The agency director and the Board of Corrections are responsible for the annual review and revisions.

| Section-01 Organization | Page: 13 | P-010200 | Effective Date: 01/27/2020 |
|---|---|---|---|

Any exceptions to this policy statement will require prior written approval of the Board of Corrections.

This policy is effective as indicated.

Replaced:     Policy Statement No. P-010200 entitled "Operating Procedures and Policies for the Oklahoma Board of Corrections" dated November 13, 2019

Distribution:  Policy and Operations Manuals
                 Agency Website (Public)
                 Board Website (Private)

| Section-01 Organization | Page:  14 | P-010200 | Effective Date: 01/27/2020 |
|---|---|---|---|

| Referenced Forms | Title | Location |
|---|---|---|
| DOC 060212F | "Authorization to Release Department of Corrections Record Information" | OP-060212 |

| Attachments | Title | Location |
|---|---|---|
| Attachment A | "Performance Expectations for Members of the Oklahoma Board of Corrections" | Attached |