I.  Policy ................................................................................................................. 1
  A.  Security Standards ........................................................................................ 1
  B.  Inspections..................................................................................................... 2
II.  Action................................................................................................................ 2

| Section-04 Security | P-040100 | Page: 1 | Effective Date: 09/28/2020 |
|---|---|---|---|
| Security Standards | ACA Standards: 2-CO-1G-06, 2-CO-3A-01, 5-ACI-1G-03, 5-ACI-3A-01, 5-ACI-3A-02, 5-ACI-3A-04, 5-ACI-3A-05 , 5-ACI-3A-09 , 5-ACI-3A-10 , 5-ACI-3A-11 , 5-ACI-3A-13, 5-ACI-3A-14,  5-ACI-3A-15, 5-ACI-3A-22M, 5-ACI-3A-23M, 5-ACI-3A-28 , 5-ACI-3A-29, 5-ACI-3A-30, 5-ACI-3A-42, 5-ACI-3B-02M, 5-ACI-3B-05M, 5-ACI-4A-04, 5-ACI-7A-07M, 4-ACRS-1C-17M, 4-ACRS-2A-04, 4-ACRS-2A-11, 4-ACRS-2C-01, 4-ACRS-2D-01M, 4-ACRS-2D-02M, 4-ACRS-2D-03M, 4-APPFS-3G-03 |||
| T. Hastings Siegfried, Chair Oklahoma Board of Corrections | | Signature on File ||

**Security Standards for the Oklahoma Department of Corrections**

I.  Policy

It is the policy of the Board of Corrections (BOC) that the Oklahoma Department of Corrections (ODOC) provides security at all institutions, community corrections centers and probation and parole offices. Security standards are established to protect the public, the employees and inmates/offenders. (2-CO-3A-01)

  A.  Security Standards

  To provide for compliance monitoring of internal and external security, the agency has developed plans to include the following: (5-ACI-3A-01, 5-ACI-3A-22M, 5-ACI-3A-23M, 5-ACI-3A-28, 5-ACI-3A-29, 5-ACI-3A-30, 5-ACI-3B-05M, 4-ACRS-1C-17M, 4-ACRS-2C-01, 4-ACRS-2D-01M, 4-ACRS-2D-02M, 4-ACRS-2D-03M)

  1.  Inventory and control of:

    a.  Keys and tools;

    b.  Hazardous substances;

    c.  Contraband and evidence; (5-ACI-3A-42)

    d.  Weapons, security devices and equipment;

    e.  Medical equipment and supplies, to include needles and syringes; and

DEFENDANT'S EXHIBIT 2

| Section-04 Security | P-040100 | Page: 2 | Effective Date: 09/28/2020 |
|---|---|---|---|

    f. Pharmaceutical drugs and medications.

  2. Process for executions;

  3. Transportation of inmates/offenders; (5-ACI-3A-15, 4-APPFS-3G-03)

  4. Post orders, to include staff review and the recording of routine and unusual events in post logs; (5-ACI-3A-04, 5-ACI-3A-05, 5-ACI-3A-09, 4-ACRS-2A-09)

  5. The identification of visitors, employees and inmates/offenders; (2-CO-1G-06, 5-ACI-1G-03)

  6. Control of inmate/offender movement; (5-ACI-3A-13, 5-ACI-3A-14, 4-ACRS-2A-11)

  7. The operation of segregated/restrictive housing units; (5-ACI-4A-04)

  8. Process for requesting and conducting investigations; and

  9. Provisions for facility staffing to ensure 24 hour continuous coverage. (5-ACI-3A-02, 4-ACRS-2A-04)

 B. <u>Inspections</u>

  The agency will ensure compliance with security standards, facility operations, and maintenance of physical plants through routine inspections. (5-ACI-3A-05, 5-ACI-3A-10, 5-ACI-3A-11, 5-ACI-3B-02M, 5-ACI-7A-07M)

II. <u>Action</u>

The agency director is responsible for compliance with this policy.

The agency director is responsible for the annual review and revisions.

Any exceptions to this policy statement will require prior written approval of the Board of Corrections.

This policy is effective as indicated.

Replaced: Policy Statement No. P-040100 entitled "Security Standards for the Oklahoma Department of Corrections" dated October 10, 2018

Distribution: Policy and Operations Manuals
     Agency Website