Maintaining Logs ........................................................................................................ 1
Standards for Maintaining Logs................................................................................ 1
I.   Bound Logs........................................................................................................ 1
   A.  Establishment of Bound Logs ....................................................................... 1
   B.  Other Logs..................................................................................................... 2
   C.  Record Keeping............................................................................................. 2
   D.  Log Entries .................................................................................................... 3
   E.  Log Retention................................................................................................ 4
II.  References ......................................................................................................... 4
III. Action................................................................................................................. 5

| Section-04 Security | OP-040103 | Page: 1 | Effective Date: 02/27/2020 |
|---|---|---|---|
| Maintaining Logs | ACA Standards:  2-CO-3A-01 5-ACI-3A-09, 4-ACRS-2A-09 | | |
| **Scott Crow, Director** **Oklahoma Department of Corrections** | | **Signature on File** | |

# Standards for Maintaining Logs

It is the policy of the Oklahoma Department of Corrections (ODOC) to maintain a system of records that document operational processes of each facility/probation and parole region and the agency's security programs.  These records are internal documents of the agency and are considered confidential. (2-CO-3A-01)

For the purpose of this procedure, the term "facility" will apply to institutions and community corrections centers and the term "facility head" will apply to wardens and community corrections centers directors.

I.   <u>Bound Logs</u>

   Logs will be permanently bound with sequentially numbered pages. Facilities/probation and parole regions may develop bound logs by utilizing a binding system/machine, ensuring the pages are numbered as outlined above. (5-ACI-3A-09, 4-ACRS-2A-09)

   A.   <u>Establishment of Bound Logs</u>

      Bound logs will be established in the following posts/locations:

      1.   Shift supervisor's office (this log can be maintained in central control, but must be separate from the central control log);

      2.   Control Center;

      3.   Armory;

      4.   Facility/Unit Entrances;

      5.   Housing Units;



    6. Infirmaries;

    7. ODOC Prisoner Public Works Project (PPWP) crew supervisors; and

    8. Other locations identified by the facility head.

For those posts not requiring a log, a method will be established to record non-routine incidents (e.g., via shift supervisor or security control log). Such incidents will be supported with an incident report in accordance with OP-050109 entitled "Reporting of Incidents."

B. <u>Other Logs</u>

Logs for the accountability, inventory and/or control of critical items will be maintained for:

    1. Evidence;

    2. Contraband;

    3. Keys;

    4. Tools/kitchen utensils;

    5. Armory;

    6. Flammables, caustics, cleaning products, toxics; and

    7. Medical instruments/control of syringes/hypodermic needles.

Logs will be maintained either electronically (if the facility has the capability of backing up the information) or in a bound log. The location and log type (e.g., Tool Log/Electrical Shop) will be visible on the top of each page.

C. <u>Record Keeping</u>

Facilities and probation and parole regions will maintain records of all routine information, emergency situations, unusual/extraordinary events, and inventory control.

    1. All logs will be maintained in a sequential and continual order.

    2. Post log entries will reflect the activities of the post or immediate area, any emergency situations, unusual incidents, and other pertinent information regarding inmates and activities on the post.

3. Supervisors are expected to review and sign the post log when they enter an area at a minimum, once each shift.

4. In restricted areas such as central control rooms, armory, etc., staff and/or visitors who are not assigned to the work area, will be recorded in the post log. Information will include the reason for being there and the date and time of arrival and departure.

5. In areas accessible to the public, visitors will sign the visitor log. In restricted areas such as control rooms, the date, time of arrival, visitor's name, address or work location, purpose of the visit, and time of departure will be recorded by the appropriate staff person in the post log.

D. <u>Log Entries</u>

Log entries will be legible and as follows:

1. All log entries, with the exception of those identified in this section, will be in black ink.

2. Log entries for emergencies and count changes will be in red ink.

3. Blank lines between entries, ditto marks, abbreviations, and other extraneous markings are prohibited.

4. Any accentuation of any log will be completed with yellow highlighter.

5. Log entries will be made in a consecutive fashion, with every line and column completed. A separate page is not required to be used for each day/shift.

6. All log entries will be made as indicated by the log. For example, if the log requires a signature, staff will enter a legible signature; initials are not acceptable. If necessary, staff will print their name by their signature to ensure legibility.

7. Log entries will include, at a minimum, the following subject areas:

    a. Personnel on duty/assuming duty;

    b. Inmate population and counts;

    c. Shift activities;

    d. All entrance and gate traffic;

    e. Use of force; and

| Section-04 Security | OP-040103 | Page: 4 | Effective Date: 02/27/2020 |
|---|---|---|---|

    f. Any unusual occurrences.

  8. Erasures will not be made.

  9. The use of liquid paper or correction tape is prohibited.

  10. Errors will be corrected by drawing a single line through the incorrect entry, initialing and dating; then entering the correct entry on the next available line.

  11. Inmates will not have access to any control room or housing unit post log.

  12. The correctional officer or employee in charge of the post will date and sign the log at the beginning of the shift and at the end of the shift and identify any equipment/keys assumed with the post.

    a. A log entry will also be made on the top line of each page, reflecting the date and shift.

    b. Sequential entries for that day will include the time of the entry and the entry will be initialed or signed, as indicated by the log.

  13. Staff responsible for logs used to account for inventory and control of critical items will date and sign the log at the beginning and end of each shift, acknowledging accuracy and control of the inventory.

    a. Logs used for the accountability of tools require the supervisor conducting the inventory to make a notation at the end of each workday indicating, "All tools are accounted for."

    b. Sequential entries for that day will include the time of the entry and the entry will be initialed or signed, as indicated by the log.

E. <u>Log Retention</u>

All logs will be stored for a minimum of three years after which time a request may be submitted on proper documentation requesting destruction in accordance with the Oklahoma Department of Libraries management schedule and in accordance with OP-020202 entitled "Management of Office Records."

II. <u>References</u>

Policy Statement No. P-040100 entitled "Security Standards for the Oklahoma

    Department of Corrections"

    OP-020202 entitled "Management of Office Records"

    OP-040109 entitled "Control of Contraband and Physical Evidence"

    OP-050109 entitled "Reporting of Incidents"

III.    <u>Action</u>

    The facility head/deputy director is responsible for compliance with this procedure.

    The chief of Operations is responsible for the annual review and revisions.

    Any exception to this procedure will require prior written approval from the agency director.

    This procedure is effective as indicated.

    Replaced:    Operations Memorandum OP-040103 entitled "Standards for Maintaining Logs" dated October 10, 2018

    Distribution:    Policy and Operations Manual
                        Agency Website