

# OKLAHOMA EFFICIENCY REVIEW
**FINAL**

**Department of Corrections**





DEFENDANT'S
EXHIBIT

4



# TABLE OF CONTENTS

I.    Executive Summary

II.   Mandates Analysis

III.  Budget Process Analysis

IV.   Opportunities Analysis





NORTH AMERICA EUROPE MIDDLE EAST LATIN AMERICA ASIA

EXECUTIVE SUMMARY

**The A&M team organized its review of the Department to coincide with the four interconnected key drivers of efficiency.**



| Summary of Approach |
| --- |

1. **Mandates:** Reviewed the titles and statutes governing the Department and its divisions to determine if these align with the functions or services provided by each division within the Department.

2. **Budget and Performance:** Reviewed the Department's current budget development process and assessed to what extent the Department utilizes performance measures to coincide with this process.

1. **Opportunities:** Identified opportunities for increasing the Department's efficiency in meeting its mission; provided estimates for investment or cost aversions related to those opportunities.



A thorough review of departmental mandates, budget process and performance measures is critical to determine opportunities for increased operational or financial efficiency.

## EXECUTIVE SUMMARY

**The A&M team implemented the process below across each Department to document observations and develop recommendations for increased efficiency.**

| Summary of Process |
|---|

| Step 1 | Step 2 | Step 3 |
|---|---|---|

**Gather Information**

1. **Conduct research**
2. **Collect departmental data**
3. **Conduct interviews with division leads and staff**

**Document Observations**

1. **Document key observations related to each division**
2. **Determine if observation provides an opportunity for increased efficiency**

**Develop Recommendations**

1. **Determine if legislative action is required to address the opportunity**
2. **Document recommended process change and requirements**
3. **Estimate required investment and/or potential cost aversion**

The A&M team applies its process and sub-steps across the Mandates, Budget and Opportunities Analyses, categorizing our findings as observations and recommendations.

# DEPARTMENT OF CORRECTIONS EXECUTIVE SUMMARY

## A summary of our observations and recommendations are provided below and organized by report section.

| Summary of Findings | | |
|---|---|---|
| **Section** | **Observations** | **Recommendations** |
| **1. Mandates Analysis** | A review of titles and accompanying statutes that govern the Department's operations revealed that many statutes are out of date and that others provide a challenge for the Department to meet. | **The Department should review statutes and determine if repealing, amending, or a further analysis is needed for mandates that are not in true support of the DOC's mission.** |
| **2. Budget Process Analysis** | The Department practices incremental budgeting by collecting requests from each facility and division. Strategic priorities are set at the executive level and are the focus of the budget request, but facilities also include requests for capital projects (such as physical maintenance to facilities) or other operational increases (such as pay raises or additional staff). | **Performance-based budgeting: The Department should ensure that its strategic plan aligns with performance measures in addition to the strategic capital needs currently identified in the budget development process.** |
| **3. Opportunities Analysis** | The Department faces significant challenges across three key areas: high incarceration rates in the state, high turnover among facility-based staff, and aging facilities. | **The Department would benefit from continued and accelerated reform efforts including the retroactive application of current reform measures to process eligible inmates for early release and increased parole eligibility. Implementation of these opportunities will enable the legislature and the Department to invest in eventual salary increases and facility modernization.** |

# DEPARTMENT OF CORRECTIONS – INVESTMENT AND AVERSION

## A summary of preliminary estimates for recommendations that require investment and yield cost aversions provided below.



| Opportunity | Investment | Cost Aversion | NET | Legislative Action Necessary |
|---|---|---|---|---|
| **Early Release:** The State of Oklahoma should consider retroactively applying SQ 780 to currently incarcerated inmates who are eligible and retroactively commute the sentences of those affected. | --- | $8.9M | $8.9M | ✔ |
| **Parole**: The State of Oklahoma should consider releasing more individuals who are eligible for parole. | --- | $20.7M | $20.7M | ✔ |
| **Staffing:** The Department and Legislature should continue to pursue salary increases, particularly for Corrections Officers and facility-based staff which will require a plan for offsetting the costs related to this investment. | $19.1M | --- | ($19.1M) | ✔ |
| **TOTAL** | **($19.1M)** | **$29.6M** | **$10.5M** | |

*Note: Estimates included are part of a long-term plan, should be considered interdependent, and require further analysis to validate preliminary assumptions.*

ALVAREZ & MARSAL

Executive Summary · Mandates Analysis · Budget Process Analysis · Opportunities Analysis

5



# TABLE OF CONTENTS

I.    Executive Summary
II.   Mandates Analysis
III.  Budget Process Analysis
IV.   Opportunities Analysis



NORTH AMERICA EUROPE MIDDLE EAST LATIN AMERICA ASIA

# DEPARTMENT OF CORRECTIONS MANDATES ANALYSIS



# DEPARTMENT OF CORRECTIONS MANDATES ANALYSIS

**The A&M team conducted a review of statutes related to the lines of service provided by the Department of Corrections, following the process depicted below.**



**Approach to Mandates Analysis**

| Step 1 | Step 2 | Step 3 |
|---|---|---|

**Review 4 Titles of Statutory Mandates that govern the Department of Corrections:**

**Title 57: Prisons and Reformatories**

**Title 74: State Government**

**Title 21: Crimes and Punishments**

**Title 22: Criminal Procedure**

**Review statutes associated with each title to determine whether statutes are in support of the Department's mission and whether they require amendment, repeal, or further analysis.**

1. **Is the Statute Outdated (older than 20 years)?**

2. **Is the Department adhering to the statute?**

3. **Is the statute driving a systemic inefficiency?**

The A&M Review Process indicates that the statutes under Title 57 and Title 74 require in-depth review, amendment and repeal given the team's observations in Step 3 of the process.

DEPARTMENT OF CORRECTIONS MANDATES ANALYSIS



**A&M reviewed four titles of Oklahoma mandates that govern the day to day operations of the Oklahoma Department of Corrections.**

## Summary of Findings

1. A&M reviewed the following titles of statues and made recommendations on Title 57, Prisons and Reformatories and Title 74, State Government mandates.

2. A&M reviewed and identified statutory mandates that drive systematic inefficiencies within the Department of Corrections.

3. Our mandates analysis led us to focus on key challenges faced by the Department of Corrections which we have addressed through our preliminary mandates analysis:

| Challenges | Solutions |
|---|---|
| 1. Outdated statues | 1. Repeal Statutes where applicable |
| 2. Statues not currently met | 2. Amend Statutes where necessary |
| 3. Statutes that drive inefficiencies | 3. Conduct further analysis on mandates if needed |



DEPARTMENT OF CORRECTIONS MANDATES ANALYSIS



## Title 57 (Prisons and Reformatories)

| Division | Statute Title | Observations | Recommendations |
|---|---|---|---|
| Business Services | §57-559. Disposition of monies received for prison rodeos and other special events. | This mandate has not been updated since 1983. Prisons no longer host prison rodeos. | Repeal §57-559 to accurately reflect funds based on current DOC structure. |
| | §57-531. Work Release Center Revolving Fund. | The Work Release Center revolving fund has since been folded into the ODOC Revolving Fund §57-557. | Repeal §57-531 to accurately reflect funds based on current DOC structure. |
| | §57-632. Savings and averted costs from implementation of the Oklahoma Smart Justice Reform Act. | Based on the language, the DOC is not involved enough in the calculations of cost aversion with OMES. | The Department of Corrections and OMES should utilize the data provided by the Department of Corrections and collaborate more closely to ensure a clear understanding between the two parties in the calculations of cost aversion. This recommendation requires engagement from OMES, as the ODOC has offered collaboration with the OMES Director to facilitate OMES' completion of the task. |

DEPARTMENT OF CORRECTIONS MANDATES ANALYSIS



## Title 57 (Prisons and Reformatories)

| Division | Statute Title | Observations | Recommendations |
|---|---|---|---|
| Population, Programming, and Strategic Planning | §57-115. Reentry program for offenders needing structured release. | This specific statute authorizes ODOC to establish a reentry program for those not otherwise eligible to release from minimum custody or less restrictive environments that is "fully funded by federal or private funds." It requires the designation of six (6) facilities as "solely devoted" to the program. According to the ODOC, this statute has never been funded by federal or the private funds cannot be executed as described. | A&M recommends repeal of §57-115. |
| | §57-509.6. Special unit for elderly, disabled and sick inmates. | Statute mandates that Joseph Harp Correctional has one or more housing units solely designed for the elderly. This facility now hosts mental health inmates, delayed sentence inmates and youthful inmates. | This statute should be modified to remove the age limit of 55 as there are younger inmates who have disabilities and health care needs that may be housed on the unit. References to Griffin Memorial Hospital and Oklahoma Memorial Hospital should be removed as they are no longer utilized for medical care. In addition, this statute, as well as other statues, should not designate specific facilities for specific subsets of the incarcerated population as that restricts the flexibility of the department to adjust strategies based on population demands and needs. |

## Title 57 (Prisons and Reformatories)



| Division | Statute Title | Observations | Recommendations |
|---|---|---|---|
| Pardon and Parole Board | §57-332.1A. Training for the members of the Pardon and Parole Board. | Members of the Pardon and Parole board are only required to take 12 hours of training on their first year and six hours of training every year thereafter. | Increase the amount of training that the Pardon and Parole board requires for their members to take each year that they serve on the board to be greater than 6 hours. |
| Pardon and Parole Board | §57-332.2. Meetings of Pardon and Parole Board – Consideration of commutation – Notice of dockets and recommendations. | The Oklahoma Pardon and Parole board only meets once a month and reviews an average of 100 people. | The Pardon and Parole board should meet more frequently. Meeting more often will allow for more reviews and more people to be able to be examined for early release/parole. The position to serve on the Pardon and Parole Board should be considered to become a full-time position with funding commensurate to carry out their responsibilities. As of 2013, only seven states (Idaho, New Mexico, North Dakota, Oklahoma, South Dakota, Vermont, and Wyoming) have part-time parole boards. Comparatively, these other six states have incarceration rates significantly lower than Oklahoma. |
| Health Services | §57-400. Special care unit. | Recommendations and mandates regarding mental health facilities within the Department of Corrections have not been updated since 1990. | Review and amend §57-400 to accurately reflect mental health/special care unit based on current Department of Corrections structure. The statute should also be reviewed to eliminate the specific reference to the Carl Albert Mental Health and Substance Abuse Services Center and their obligation to provide a psychiatrist to assist. |

DEPARTMENT OF CORRECTIONS MANDATES ANALYSIS

## Title 74 (State Government)



| Division | Statute Title | Observations | Recommendations |
|----------|---------------|--------------|-----------------|
| Information Technology | §74-201.5 Collection of information by the Office of Attorney General. | IT does not currently supply adequate information to the AG office. | Improve data quality and types of data tracked to meet the requirements of this mandate. |
| Business Services | §74-213.E Examination of public institutions – Quality control reviews – Special audits. | This mandates surprise and unannounced financial audits at the request of the Governor, The Attorney General or joint request of the President Pro Tempore of the Senate and Speaker of the House of Representatives" of the Department of Corrections. These types of audits have not been done in 10+ years. | Enforce this mandate on a regular basis to ensure quality, compliance with statutes, rules, policies and internal control procedures within Department of Corrections facilities. |



# TABLE OF CONTENTS

I.    Executive Summary
II.   Mandates Analysis
III.  Budget Process Analysis
IV.   Opportunities Analysis



**NORTH AMERICA** EUROPE **MIDDLE EAST** LATIN AMERICA **ASIA**

# BUDGET PROCESS ANALYSIS



## BUDGET PREPARATION AND MONITORING



### A&M recommends that budget preparation and monitoring coincide with the annual budget cycle.

| Overview |
|---|

1. Budget preparation should begin at the beginning of the fiscal year (FY) to ensure the following steps are incorporated prior to sending to OMES for review:
   - *Analysis of previous FY's expenditures*
   - *Stakeholder engagement*
   - *Strategic planning*
   - *Review of performance measures by Division*

2. It is important to continue monthly budget to actual reporting (as outlined on the next slide) throughout the budget cycle.

3. Departments undergo various levels of budget preparation within the cycle as detailed in the observations and recommendations section of this report.

| Figure 1. Annual Budget Cycle |
|---|

**Summer**

**Annual Budget Cycle**

1. Fiscal Year Begins

2. Next Budget Request Due

**Fall**

3. OMES Review

4. Budget Request to Chambers

**Winter**

5. Budget Enacted

**Spring**

# OVERVIEW OF PERFORMANCE-BASED BUDGETING

**A&M recommends that each department adopt performance-based budgeting (PBB), a strategy to improve budgeting and ensure that tax dollars are spent efficiently and effectively.**

| # | Budget Strategies | Description | Benefits | Drawbacks |
|---|---|---|---|---|
| 1. | Incremental (IB) | The traditional approach to governmental budgeting where the current year's budget becomes the basis for the next year's spending plan, and the majority of the organization's analytical and political attention focuses on how to modify this year's spending plan based on revenues anticipated in the next year. | An incremental approach is workable, if suboptimal, in periods of reasonably stable expenditure and revenue growth because the current level of expenditures can be funded with relatively little controversy. | In budget-constrained environments, does not provide a prioritized view of the Department's budget needs that is tied to mission or outcomes. |
| 2. | Zero-based (ZBB) | Budget built from the ground up, starting from zero. ZBB promises to move the organization away from incremental budgeting, where last year's budget is the starting point. Instead, the starting point becomes zero, with the implication that past patterns of spending are no longer taken as a given. | In theory, the organization's entire budget needs to be justified and approved, rather than just the incremental change from the prior year. | Requires rigorous analysis to complete budget development every cycle without tying the request to the Department's mission or outcomes. |
| 3. | Performance-based (PBB) | Requires Departments to estimate the funding levels needed to meet prioritized outcomes tied to the Department's mission. | Enables budget decision making that is tied to performance and workload drivers such that cuts or increases in the budget can be measured in terms of outcomes that are trying to be achieved. | ***Requires commitment and coordination across the Department, the Executive Budget Office, and Legislature.*** |

# OVERVIEW OF PERFORMANCE-BASED BUDGETING

**A&M recommends that each Department adopt performance-based budgeting (PBB), a strategy to improve budgeting and ensure that tax dollars are spent efficiently and effectively.**

| Characteristics |
|---|
| 1.   Incorporates a long-term perspective; |
| 2.   Establishes linkages to broad organizational goals; |
| 3.   Focuses budget decisions on results and outcomes; |
| 4.   Involves and promotes effective communication with stakeholders; and |
| 5.   Provides incentives to government management and employees. |

| Outcomes |
|---|
| 1.   The development of organizational goals; |
| 2.   Establishment of policies and plans to achieve these goals; and |
| 3.   Allocation of resources through the budget process that are consistent with goals, policies, and plans. |

Performance-based budgeting focuses more on outcomes than traditional budgeting.

STEPS TO IMPLEMENT

**Performance-based budgeting is a strategy to improve budgeting and ensure that tax dollars are spent efficiently and effectively.**

| # | Step | Description |
|---|------|-------------|
| 1. | Adopt legislation supporting performance-based budgeting | Research shows that when there is a law supporting performance budgeting, there is stronger support and smoother implementation (e.g. State agencies are directed to develop strategic plans for their agency which are then included in the budget process). |
| 2. | Incorporate strategic plans developed by the Department | Agency strategic plans should be included in the budget process. For example, the strategic plan should describe an agency's goals and how proposed resource allocations contribute to the accomplishment of those goals. |
| 3. | Develop and deploy Department performance measures | The quality of the measures produced have an important impact on whether performance budgeting works. If the state develops a program inventory, it can begin to develop measures for its programs. An executive order could be used to define a measurement system needed to support a performance budgeting approach while the state takes the time to develop a thorough and thoughtful law supporting performance budgeting. |
| 4. | Develop implementation plan for performance-based budgeting | The legislative statute shouldn't define the precise details of a performance budgeting process. These details will need to be designed by administrators. The development of a performance measurement statute will help define some of the features of the process. |
| 5. | Consider developing statewide goals and priorities | It is more practical to set goals and plans for each agency than it is for the state government as a whole. However, the absence of statewide goals limits the potential benefit of a performance budgeting system. This is because if there are no statewide goals, there is no context to judge the relative merit of one program versus another across state agencies. |

Government Finance Officers Association: 1

ALVAREZ & MARSAL

Executive Summary  •  Mandates Analysis  •  Budget Process Analysis  •  Opportunities Analysis

CHALLENGES

**State agencies face challenges in effectively implementing performance-based budgeting.**

| Challenges | Solutions |
|---|---|
| 1. Data collection is critical to ***successfully implementing*** performance-based budgeting; availability and quality of data across Department programs often requires investment to improve before a PBB process can be put in place. | 1. The legislature and Department need to align on required technology investment(s) to establish a technology platform and processes that will capture and ensure quality of data. |
| 2. Departments need to ***develop strategic plans and performance measures*** to align with budget development; these are time-intensive exercises for which budget officers do not have the authority to coordinate. | 2. Stakeholders across the Department, executive administration, and legislature need to align on the Department's strategic plan and its incorporation into the budget request in order for a PBB process to succeed. |
| 3. Many state governmental departments that have adopted PBB do not ***see the benefits*** in continuing the process year over year; state legislatures who have mandated this process do not necessarily tie it to budget decisions. | 3. The legislature must commit to incorporating the principals of a PBB into the budget review process and clearly tie decisions driving allocation of funding across Departments and their divisions to this process. |

BIG PICTURE

**The budget process should align with a clear view of what services each division is mandated to deliver and include a review of performance measures for these services. This is exactly the scope of the APAC statement of work.**

## Summary

1. The budget development process should always provide an opportunity for the Department to review their organization's mandates and prioritize the needs of each Division to meet those mandates; PBB is designed to do just that.

2. Further, Divisions should utilize the budget development process as an opportunity to tie historical expenditures and requested funding to their state performance measures and outcomes.

3. All stakeholders responsible for driving the budget development process (the Department's budget and Divisional leadership, the executive budget office, the Legislature) must weigh opportunities for additional investment and/or cost aversion measures against the performance measures of the Department.



DEPARTMENT OF CORRECTIONS

## Summary of Observations and Recommendations of the Budget Process

| Category | Observation |
|---|---|
| **Organization and Staffing** | The Department should ensure that its strategic plan aligns with performance measures in addition to the strategic capital needs currently identified in the budget development process.<br><br>Budget development and monitoring are conducted by the Business Services team and overseen by the director of this unit. |
| **Budget Development** | The Department practices incremental budgeting by collecting requests from each facility and division. Strategic priorities are set at the executive level and are the focus of the budget request but facilities also include requests for capital projects (such as physical maintenance to facilities) or other operational increases (additional staff). |
| **Budget Monitoring** | The Department conducts monthly budget to actual reporting at various levels including the Board of Corrections, Board of Corrections Audit / Finance Committee, Director, Unit Heads, and facility levels. |

**The Department should ensure that its strategic plan aligns with performance measures in addition to the strategic capital needs currently identified in the budget development process.**



# TABLE OF CONTENTS

I.    Executive Summary

II.   Mandates Analysis

III.  Budget Process Analysis

IV.   Opportunities Analysis





**NORTH AMERICA** EUROPE **MIDDLE EAST** LATIN AMERICA **ASIA**

# DEPARTMENT OF CORRECTIONS OPPORTUNITIES



# A&M RECOMMENDATIONS DEVELOPMENT

**A&M is following an iterative process for developing recommendation opportunities for the Department of Corrections.**



## Recommendations Development Process

• Issue Data Requests and Conduct Interviews with Department Directors.
• Ensure Data is Provided at the Program or Division Level.

• Formulate Observations and Begin Conducting Analyses.
• Include analysis on Mandates, Budget Process, and Other Areas for Improvement.

**1. Gather Inputs**

**2. Conduct Analysis**

**4. Review Recommen-dations**

**3. Develop Recommen-dations**

**Department of Corrections Divisions**
• Agri Services
• Administration
• Auditing and Compliance
• Business Services
• Heath Services
• Information Technology
• Population, Programs, Strategic Planning
• Probation and Parole Services
• Training

**CURRENT STATUS**
• Review Draft Recommendations and supporting Analysis with Departments.
• Incorporate feedback and changes as appropriate.

• Draft Opportunities with Supporting Analysis.
• Gather Additional Inputs as Needed (repeat steps 1 and 2).

DEPARTMENT OF CORRECTIONS



**A&M identified cost aversion and investment opportunities associated with Department of Corrections staffing, early release, and data management.**

## Summary of Recommendations

1. A&M has issued preliminary recommendations ranging from policy and reform to administrative operations.

2. Our process led us to focus on key challenges faced by the Department of Corrections which we have addressed through our preliminary recommendations:

| Challenges | Solutions |
|---|---|
| 1. High Incarceration Rates | 1. Retroactive Reform |
| 2. Staff Retention | 2. Eventual Salary Increase |
| 3. Aging Facilities | 3. Deferred Maintenance Schedule |



3. We have also provided preliminary recommendations related to Business Services, IT, and Health Services—critical areas of operations required to support the Department's mission.

# DEPARTMENT OF CORRECTIONS – INVESTMENT AND COST AVERSION

## A summary of preliminary estimates for recommendations that require investment and yield cost aversion is provided below.

| Opportunity | Investment | Cost Aversion | NET | Legislative Action Necessary |
|---|---|---|---|---|
| **Early Release:** The State of Oklahoma should consider retroactively applying SQ 780 to currently incarcerated inmates who are eligible and retroactively commute the sentences of those affected. | --- | $8.9M | $8.9M | ✔ |
| **Parole**: The State of Oklahoma should consider releasing more individuals who are eligible for parole. | --- | $20.7M | $20.7M | ✔ |
| **Staffing:** The Department and Legislature should continue to pursue salary increases, particularly for Corrections Officers and facility-based staff. | $19.1M | --- | ($19.1M) | ✔ |
| **TOTAL** | **($19.1M)** | **$29.6M** | **$10.5M** | |

*Note: Estimates included are part of a long-term plan, should be considered interdependent, and require further analysis to validate preliminary assumptions.*

ALVAREZ & MARSAL

DEPARTMENT OF CORRECTIONS

**Oklahoma has the highest incarceration rate in the nation despite the fact that violent crime rates are at historical lows nationwide and statewide.**



**Figure 1. Oklahoma vs. National Rate of Incarceration**



**Figure 2. OK Incarceration Rate vs. OK Violent Crime Rate**



The rate of incarceration in the State of Oklahoma is well above the national average despite a continued decline in violent crime rates within the state. The Oklahoma Justice Reform Task Force predicts Oklahoma's prison population will grow 25 percent by 2026.

DEPARTMENT OF CORRECTIONS

**A&M recommends applying SQ780 to currently incarcerated persons and retroactively commuting sentences of those who would not be incarcerated now on SQ780 charges for an estimated cost aversion range of $2.8 million to $8.9M.**



| Figure 3. Cost Aversion from Retroactively Applying SQ780 |
|---|



Grand total of inmates serving time for only possession crimes, controlling possession crimes and any possession crimes as of 10/9/2018.

Of the inmates convicted of possession crimes, it is estimated that 70 percent of those inmates have been released or faced alternatives to incarceration.

Of inmates admitted to prisons, seventy five percent are admitted on non-violent charges, of which fifty-six percent had little or no serious criminal history, these inmates are likely to serve in minimum security facilities.

The average direct cost of a minimum security prisoner is $4,723. Including the cost of facilities and maintenance, the average direct cost of a minimum security prisoner is $14,840.

Total cost aversion from retroactively applying SQ780 to persons with possession charges to currently incarcerated persons for the last two fiscal years yields a potential cost aversion range of $2.8 million to $8.9 million.

Currently, the Oklahoma Department of Corrections does not have access to the dollar value assigned to property crimes. This data is required for more precisely establishing early release and commutation estimates. The A&M team recommends putting in place a mechanism to ensure the Department of Corrections has the ability to receive this information.

Source: Department of Corrections provided cost and reception data shown above
Final Report, Oklahoma Justice Reform Task Force 2017 1

ALVAREZ & MARSAL

Executive Summary · Mandates Analysis · Budget Process Analysis · Opportunities Analysis

29

DEPARTMENT OF CORRECTIONS

**Releasing an additional 1,500 inmates through parole would yield an estimated cost aversion as high as $13,839 per inmate annually, a total cost aversion of $20.7 million.**

### Summary

1. A comparison of daily cost per prisoner in a minimum security facility to the cost per parolee shows an annual delta of $13,839.

2. There has been a 77 percent drop in parole releases since 2008.

3. In 2016, the average number of parolees per 100,000 people was 278.

4. Oklahoma's number of parolees per 100,000 people was 64.

5. Comparable states to Oklahoma had, on average, a higher number of parolees:
   • Kansas: 220 per 100,000
   • New Mexico 175 per 100,000
   • Colorado 236 per 100,000

### Figure 4. Daily Rate for Medium Security vs. Probation/Parole



### Figure 5. Parole Releases



2016 State Statistics Information, National Institute of Corrections 1
Final Report, Oklahoma Justice Reform Task Force 2017 1

ALVAREZ & MARSAL

Executive Summary • Mandates Analysis • Budget Process Analysis • Opportunities Analysis

30

CHALLENGES

**A&M acknowledges that this recommendation will require action and coordination across multiple stake-holding bodies and departments to put into effect.**

| Benefits |
|---|

1. Reduce expenditures related to direct costs for currently incarcerated individuals by reducing the population through early release.

2. Relieve over-capacity and the county pipeline.

3. Enable the Department of Corrections to pursue a plan for needed salary increases.



| Requirements |
|---|

Action and coordination across key stake-holding bodies and departments:

1. **Oklahoma State Legislature**

2. **Pardon and Parole Board**

3. **Department of Corrections**

DEPARTMENT OF CORRECTIONS

**The State of Oklahoma has begun passing critical reforms but urges the commission and legislature to consider measures that extend to the currently incarcerated population.**

The State of Oklahoma should consider further measures to extend reform efforts to currently incarcerated individuals. The following recommendations have been previously proposed bills, or recommended legislative efforts from the Oklahoma Justice Reform Task force that coincide with our recommendations and serve as potential models for the mechanisms required for implementation.

1. **Early Release for Drug Possession (Senate Bill 969, Oklahoma Regular Session 2018):** Under the bill, State Question 780, which makes simple drug possession a misdemeanor instead of felony, would become retroactive. It would allow people already convicted of felony drug possession to seek a sentence reduction in court. A judge would take into account factors such as time served and good behavior.

2. **Sentence Modification (House Bill 2293, Oklahoma Regular Session 2018):** This bill would modify sentencing procedures for convictions of drug manufacturing or distribution. It establishes the maximum sentence at ten years of incarceration for a single offense, where the current maximum sentence is life in prison. In Oklahoma's regular session in 2018, HB 2293 was referred to the judiciary committee before the legislative session adjourned and the bill died in committee.

3. **Parole Eligibility:** The legislature should define, in statute, the criteria that the Pardon and Parole Board should be using to make the parole decision for those people who do not qualify for administrative parole. The legislature should also allow eligible inmates to be considered by the Pardon and Parole Board before their eligibility date, in order to be prepared for release at their eligibility date. These measures will help to clarify and streamline the Pardon and Parole process helping more inmates become eligible, as well as to become more comfortable with the Pardon and Parole process in hopes to attract more inmates from waiving their right to the parole process.

For Oklahoma Department of Corrections to obtain true cost savings, reform must reduce the states reliance on incarceration, reduce the number of individuals sentenced to incarceration, and reduce the proportion of inmates incarcerated for non-violent crimes to ensure beds and appropriate services are available for inmates convicted of nonviolent crimes.

*A&M does not support or advocate for specific legislation. However we recognize the ongoing efforts of the legislature to address the challenges which our recommendations seek to address.*

DEPARTMENT OF CORRECTIONS

**The Oklahoma Department of Corrections and Pardon and Parole Board should review the parole eligibility structure and develop systematic changes that increases the number of inmates released to parole.**

1. **Background and Challenges**

    1. Almost all inmates in the Oklahoma Department of Corrections are eligible to be released on parole once they have completed 33 percent of their sentence.

    2. Previous legislation has been introduced that would eliminate all inmates rights to waive parole hearings, however the introduction of that legislation would overwhelm the current capacity of the Pardon and Parole Board.

    3. Many inmates waive their right to parole hearings due to the requirements and restrictions required by parole.

    4. The Department of Corrections has communicated that overcrowding is prevalent within the Department of Corrections system.

    5. The Pardon and Parole Board is mandated to receive only 12 hours of training for the first year and six hours of training per year thereafter.

2. **A&M Observations**

    1. **Parole Eligibility:**  Inmates eligible for parole chose not to go to their parole hearings. In 2016, 5,225 of the state's 7,921 parole eligible inmates chose not to go to their parole hearings.

    2. **Parole Release:**  In FY2015 only six percent of offenders released were released on parole.

    3. **Risks:** Without an increase in release to parole and measures to decrease the current prison population the Oklahoma prison system is on track to grow 25 percent by 2026.

    **Recommendation:**  *The Pardon and Parole Board should consider reviewing the parole eligibility structure to allow for more inmates to be released through parole.*

DEPARTMENT OF CORRECTIONS



**Improved data capture through an updated Offender Management System that has the ability to capture data such as detailed arrest records as well as the ability to track data between other agencies will enable the Department to better estimate the impact of and enable the implementation of this recommendation.**

**Offender Management System:**   A comprehensive system for capturing, storing, and maintaining inmate-related information starting from the point of entry into the system (reception) through reentry, across all facilities.

1. **Background and Challenges**

    1. Current system is outdated and provides software maintenance challenges.

    2. The system was not initially intended for this specific use (original design is a county jail processing system).

    3. Issues reported with data integrity / lack of standard practices around data entry at facilities.

    4. The legislature has approved $4.8M for the current budget year to begin system replacement.

    5. The Department of Corrections has communicated that the current budget year marks year 1 in a multi-year implementation plan.

2. **A&M Observations**

    1. **Vendor Selection:** Microsoft has been selected as the vendor (contract not yet in place) although it appears there was not a formal business case for selection.

    2. **Program Management (PM):** The Department of Corrections team is in the process of selecting a Program Manager (independent contractor); there has not been a PM identified at this point.

    3. **Risks:** A&M has preliminarily identified the lack of formalized strategy, documentation and migration planning as a risk but understands that the organization seeks to mitigate this risk in partnership with a program manager once hired.

**Recommendation:**  *A&M recommends that the Department (in conjunction with OMES) accelerate the process for hiring a Program Manager to rapidly draft a clear strategy and execution plan for the planned OMS implementation.*

DEPARTMENT OF CORRECTIONS

**Corrections Officer positions show an average retention rate of 66.6 percent compared to an 85.1 percent retention rate for Manager level positions and above. For officers who have on average less than two years, the retention rate is 43.9 percent.**

## Summary

1. Retention Rate among correctional officers, as well as other correctional staff remains extremely low due to:
   - Low Pay
   - Working Conditions
   - Understaffed Facilities

2. An anonymous survey returned results indicating that staffing shortages often make corrections officers feel unsafe, further citing that facilities are dangerous to operate.

3. Retention rates are similarly low among:
   - Construction/Maintenance technicians
   - Licensed Practical Nurses
   - Registered Nurses
   - Probation and Parole Officers

## Figure 6. Retention Rate for Corrections Officers



For officers who have on average less than two years of experience, the retention rate is 43.9%

43.96%

DEPARTMENT OF CORRECTIONS

## The State of Oklahoma should invest cost aversion achieved through reform measures by increasing salary levels for Department staff.

### Summary

1. A&M has provided analysis which applies a range of increases to positions with a salary of $50,000 or less, requiring a minimum investment of $9.5M up to $28.5M.

2. Our team identified a natural break at this threshold based on analysis and incorporated that point into our recommendation as a mitigating factor against salary compression.

3. Salary increases could be offset by implementing reforms such as early release recommendations.

### Figure 7. Range of Recommended Salary Increase Incl. Benefits (mm)



### Figure 8. Department of Corrections Salary Ranges (mm)



DEPARTMENT OF CORRECTIONS

**The A&M team visited the Oklahoma State Penitentiary as part of our facilities analysis.**



**A&M Observations**

1. **Aging Facilities:** Oklahoma State Penitentiary was built in 1908 and its main Rotunda that housed 200+ inmates is no longer suitable to house inmates and remains empty. Eighty eight percent of Oklahoma Department of Correctional Centers are 30 years or older.

2. **Deferred Maintenance:** A&M observed a multitude of deferred maintenance issues at OSP. The kitchen floor was missing significant floor tiles, presenting health and safety concerns to both inmates and correctional staff. The Department of Corrections has one electrician and one plumber to serve the entire system. Only eight of the 24 facilities were built as prisons.

3. **Staffing:** A&M observed a lack of adequate staffing within the OSP facility. In a survey sent out to correctional officers at OSP, officers identified that the lack of adequate staffing was "frustrating" and shortages are often and present safety concerns to correctional officers.

4. **Working Conditions:** Currently, correctional officers are paid monthly, instead of twice a month like many other Oklahoma state agencies. In the same survey, Correctional Officers identified that units are often understaffed according to facility policy.

5. **Safety:** Correctional Officers are often required to work beyond their designated hours of work, and are therefore required to fill vacancies on other shifts that are not adequately staffed.

DEPARTMENT OF CORRECTIONS

**The Department faces the challenge of operating and maintaining aging facilities with poor visibility, structural issues, and high deferred maintenance costs.**



Showers in Mabel Basset Correctional Facility are a Health and Safety concern for the current inmate population.

Pipe system in Oklahoma State Penitentiary shows an aging infrastructure within the facility.

DEPARTMENT OF CORRECTIONS

**The Department faces the challenge of operating and maintaining aging facilities with poor visibility, structural issues, and high deferred maintenance costs.**



Outside of Oklahoma State Penitentiary Rotunda. First built in 1908, the Rotunda is so aged it no longer supports an inmate population.

Kitchen Floor at Oklahoma State Penitentiary. Missing floor throughout the kitchen is a safety hazard for correctional staff and inmates working in the kitchen.

DEPARTMENT OF CORRECTIONS



## A&M recommends the following to address aging facilities, deferred maintenance, staffing, working conditions, and safety.

**A&M Recommendations**

1. **Aging Facilities:** Conduct an outside functional assessment of current facilities to determine capacity, efficiency, remaining useful life, risk, and overall compliance of facility.

2. **Deferred Maintenance:** The Department of Corrections should consider establishing a deferred maintenance schedule to systematically address current maintenance needs.

3. **Staffing:** Conduct a focus group among Corrections employees to discuss survey results and gain further insight into the data provided by the survey. Ensure that focus groups span position levels and ensure an even geographic distribution.

4. **Working Conditions:** Conduct a survey among all Corrections Officers to identify which jobs in the market CO's are pursuing when leaving the Department of Corrections and to prioritize the root causes of turnover. Conduct a fiscal impact study of moving all staff to twice per month paycheck schedule.

5. **Safety:** Ensure that the number of correctional officers staffed on a particular unit is in compliance with facility and state policy.

DEPARTMENT OF CORRECTIONS

**A comparison of per inmate costs for medium security facilities to those of the proposed new facilities highlights that the majority of the cost delta is driven by deferred maintenance needs which are not a recurring annual expense.**

| Summary |
| --- |

1. Deferred maintenance refers to unmet maintenance needs; the construction of new facilities would eliminate the risk of continuing to accumulate future expenses related to those maintenance needs.

2. Deferred maintenance among medium security facilities totaled $51.7 million last year as reported in the FY 2019 Executive Budget Request (there are more inmates residing in medium security facilities than either minimum or maximum).

3. The average deferred maintenance costs among medium security facilities totaled $8.6 million.

4. A per inmate cost comparison (figure 8) highlights that while older facilities do cost more to run because of deferred maintenance needs, the annual operating expenses (including actual maintenance expenditures) are only approximately $1,200 more per inmate.

5. However, the comparison of annual operating expenses between an older facility and a estimates for a newly constructed one indicates that the benefit in pursuing construction of new facilities is primarily in eliminating the liability related to deferred maintenance and the related safety issues caused by inadequately maintained facilities.



**Figure 9. Medium Security Cost Comparison Per Inmate**

Average Deferred Maintenance
*NOTE: NOT AN ANNUAL RECURRING EXPENSE*

$7,358.40

$17,022.34

$15,823.64

Annual Operating Delta

Average Cost per Inmate in Medium Security Prison

Average Cost per inmate in proposed Medium Security

DEPARTMENT OF CORRECTIONS OPPORTUNITIES

## Summary of Additional Observations and Recommendations

| Division | Function | Observations | Recommendations |
|---|---|---|---|
| **Agri-Services** | Agri-Services | The Department of Corrections Agri-Services currently operates on a budget of $10 million and makes a profit of which $1 million is given back to the Department of Corrections. | The Department of Corrections should consider evaluating the need to host their own Agri-Services. |
| **Probation and Parole Services** | Probation and Parole Services | Probation and Parole officers currently take three weeks of training unrelated to their probation and parole specific training. | Evaluate current training structure and work to incorporate three weeks of necessary probation, parole, and paper-based training required by probation and parole officers into primary training orientation. |



Alvarez & Marsal Holdings, LLC. All rights reserved. ALVAREZ & MARSAL®, © and A&M® are trademarks of Alvarez & Marsal Holdings, LLC.

© Copyright 2018