

Dan Ross
Administrator
Capital Assets Management

OFFICE OF MANAGEMENT
& ENTERPRISE SERVICES

John Budd
Director

December 27, 2019

LAURIE Garland
C/O: Eric Bayat
830 N W 10th Street
Oklahoma City, Oklahoma  73106-7218

Re:         RM Claim #:    2020026987
            Claimant:      LAURIE GARLAND

Dear Mr. Bayat:

This letter is sent to confirm the receipt, December 27, 2019, of the claim for compensation you have tendered, asking for damages under the Governmental Tort Claims Act.  The identifying claim number is listed above.  Please use this number as a reference when calling to inquire about your claim.

Under the provisions of the Act, the State will be afforded up to 90 days from the receipt of your claim by us to review and evaluate it.  The State makes every effort to investigate and respond to claims as quickly as possible.

Please provide the following information to Risk Management on behalf of the Attorney General's Office:

☒       Please provide supporting documentation for your claim.

The information is needed to investigate your claim.  The supplemental information must be received on or before January 13, 2020, the date from which the 90 days will begin.   If neither timely submission nor satisfactory explanation is made by this date, the claim will stand denied at the end of the expiration of 90 days from the date the information is due.  The right to seek compensation by suit in District Court may be restricted by the limitations period prescribed by law of one hundred eight (180) days after the denial of the claim.

Your point of contact on this claim is myself.  If you have any questions I can be contacted at 405-521-4004 or Robert.Stewart@omes.ok.gov.

Sincerely,

*Robert Stewart*

Robert Stewart
Liability Advisor