Dan Ross
Administrator
Capital Assets Management


**OKLAHOMA**
Office of Management
& Enterprise Services

Steven Harpe
Director

March 26, 2020

Bayat Law Firm
830 NW 10th Street
Oklahoma City, OK 73106-7218

RE:   Tort Claim of:        Garland, Laurie
Risk Management No:         2020026987

Dear Mr. Bayat:

The Office of the Oklahoma Attorney General has completed the process of evaluating the above-referenced tort claim. After careful consideration of the facts, your claim is hereby denied. The basis for the denial of your claim includes, but is not limited to: 51 O. S. § 153 (A).

> The state or a political subdivision shall not be liable if a loss or claim results from:

Pursuant 51 O.S. § 153 (A), the State is not liable for any act or omission of an employee acting outside the scope of the employee's employment.

Upon investigation of your clients claim, a determination has been made that the state was not negligent in this matter.

Your clients claim is denied as of March 27, 2020. No actions for any cause arising under the Governmental Tort Claims Act (GTCA) shall be maintained unless valid notice has been given and the action commenced within one hundred eighty (180) days after the denial of the claim. Please be advised that this letter does not extend the statutory time limits prescribed by the GTCA.

You have the right, under Oklahoma law, to differ with the decision to deny your tort claim. The right to seek compensation by suit in District Court may be restricted by the limitations period prescribed by law.

Sincerely,

*Robert Stewart*

Liability Advisor
Risk Management Department