IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)L LAURIE GARLAND., an individual )<br>Plaintiff, )<br>v. )<br> )<br>(1) STATE OF OKLAHOMA EX REL )<br>OKLAHOMA DEPARTMENT OF )<br>CORRECTIONS, )<br>(2) CHRISTOPHER REDEAGLE, individually )<br>(3) SHARON MCCOY, individually )<br>(4) JOE ALLBAUGH, Individually )<br>(5) PENNY LEWIS, Individually )<br>(6) RABEKAH MOONEYHAM, individually )<br>(7) HEATHER CARLSON, individually )<br>(8) BOARD OF CORRECTIONS )<br>Defendants ) | Case *No. CIV 2020-306-RAW* |

## PLAINTIFF'S EXPERT WITNESS LIST

COMES NOW the Plaintiff's and hereby submit their list of Expert

Witnesses with reports attached hereto in accordance with the Court's

| | |
|---|---|
| Aubrey Land<br>721 Gowan Road<br>Lafayette, GA 30728 | REPORT AND CIRRICULUM<br>VITEA ATTACHED |
| William F. Schmid, Ph.D<br>3280 Marshall Avenue<br>Norman, OK | REPORT AND CIRRICULUM<br>VITEA ATTACHED |

/S/ E W Keller
E. W. KELLER    OBA#   4918
HENRY DALTON OBA# 15749
KELLER, KELLER & DALTON PC
201 Robert S. Kerr, Suite 1001
Oklahoma City, Oklahoma 73102
(405) 235-6693
(405) 232-3301   Facsimile

E-Mail – kkd.law@coxinet.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2021 I electronically transmitted the attached document to the Clerk of the Court using themailed a full and complete copy of the above and foregoing instrument to the following:

Kari Y. Hawkins
Assistant Attorney General
313 NE 21st Street
Oklahoma City, OK   73105

Anthony   L. Allen
106 S. Okmulgee Avenue
Okmulgee, OK   74447


/s/   E W Keller
KELLER, KELLER & DALTON