# AUBREY LAND

721 Gowan Road, Lafayette Ga. 30728     386-249-4325
aubreyland@outlook.com

**Aubrey Land, dba Fair-Play Justice**
**Law enforcement, Prison & Jail Consulting**
**April 2017 - present**

*Established a Professional Law Enforcement and Corrections consultant firm in April 2017*

*As your consultant/expert, I will provide a written professional opinion based on the analysis of all related information. Following my analysis, I will be available to discuss the strengths and weakness of the case to establish a proper defense or counter defense and aid in your litigation process.*

Professional Consultant Services Offered, but not limited to:

- Prison adjustment assessment for capital and non-capital clients
- Juvenile Resentencing
- Wrongful Arrest
- Wrongful Termination of Employment
- Administrative Hearing
- Violations of Law Enforcement Officer Bill of Rights
- Use of Force
- Excessive Force
- Internal Affairs Investigations
- Prisoner Abuse
- Violations of the Prison Rape Elimination Act
- Wrongful Deaths
- Unsafe Prison Conditions
- Extradition Hearings
- Offender adjustment
- Resentencing

## Occupational Training

| | | | |
|---|---|---|---|
| • 1984 | North Florida Community College (NFCC) Madison, FL | Vocational Certificates | **Corrections** Training and subsequent FDLE licensing |
| • 1992 | North Florida Community College (NFCC) Madison, FL | Vocational Certificates | **Law Enforcement** Training and subsequent FDLE licensing |

## Advanced Specialized Training

- 1985 Advanced Report Writing, Law Enforcement and Corrections, NFCC
- 1986 Advanced Self Defense and use of force 40 hours NFCC
- 1986 advanced models for management 40 hours NFCC
- 1987 advanced Instructor techniques 80 hours NFCC
- Advance courtroom preparation 40 hours NFCC
- Advanced Interviews and interrogation 40 hours NFCC
- Advanced Hostage Negotiation 40 NFCC
- Advanced Radar Speed Measurement 40 NFCC
- Advanced Narcotic Investigations, Institute of Police Technology and Management
- Human Diversity, Ethics and Professionalism 8 Hours NFCC
- Domestic Marijuana Eradication Florida Department of Law Enforcement
- Interpersonal Communication Skills for Corrections 40 Hours Florida DOC
  *The above courses were certified and provided by the Florida Department of Law Enforcement (FDLE) training curriculum, at the conclusion of the training attendees were tested and required to achieve a passing score to receive certification.*
- FCIC Basic Telecommunications
- Defensive Tactics 8 hours Live Oak Police Department
- FDLE 9MM Transition Training

- Clandestine Laboratory Investigation and Safety this course was certified and provided under the guidelines of the United States Drug Enforcement Administration training curriculum, at the conclusion of the training attendees were tested and required to achieve a passing score to receive certification.
- State and Local Team Site Safety School #32 this course was certified and provided under the guidelines of the United States Drug Enforcement Administration training curriculum, at the conclusion of the training attendees were tested and required to achieve a passing score to receive certification. 2003 Methamphetamine Conference Regional Organized Crime Information Center
- Human Diversity, Discriminatory Profiling and Professional Traffic Stops 4 Hours NFCC
- Weapons of Mass Destruction and Terrorism Incidents Operations Course for Emergency Responders 24 Hours Department of Homeland Security and Office of Domestic Preparedness
- Juvenile Sexual Offenders and Sex Crime Investigations Suwannee County Sheriff's Office
- Weapons of Mass Destruction Clandestine Laboratory Training Department of the Army
- Drug net Training 8 Hours Florida Department of Law Enforcement
- Interview and Interrogation 24 hours St. Petersburg Collage
- In-Custody Death or Serious Life-Threatening Injury Investigation 16 Hours Florida Department of Law Enforcement and the Florida Department of Corrections
- Practical Skills and Knowledge Conducting Internal Investigations Florida Department of Corrections
- 4th, 5th and 6th Amendment Overview; Search Warrant Requirements; Liability Management 8 Hours NFCC
- AMTEC Less-Lethal Systems Appropriate Response Officer Safety Training 8 Hours

## Law Enforcement and Investigations Career Summary

- Highly experienced and credentialed Public Safety Professional began as Correctional Officer at Mayo CI 1984
- 1987 promoted to Correctional Officer Sergeant at Mayo CI
- 1989 Returned to family farm while serving as Reserve Deputy with the Lafayette County Sheriff's Office
- 1991 crossed over to Florida Law Enforcement
- 1994 returned to the Florida Department of Corrections as a Correctional Officer
- 1997 began serving the citizens of Suwannee County as a Patrol Officer with the Live Oak Police officer
- After just 6 weeks with Live Oak Police Department promoted to Detective over Criminal Investigations
- Early 1998 formed the Suwannee County Drug Task force, assigned to oversee the Daily operations of the unit
- 2006 Recruited by Florida Department of Corrections, Office of Inspector General, as Law Enforcement Inspector
- 2013 promoted to Senior Law Enforcement Inspector
- Concluded Law Enforcement Career on November 2016 with special investigative duties that focused on alleged criminal activity within the Florida DOC at Correctional Institutions throughout the state of Florida.
- Opened a Professional Law Enforcement and Corrections consultant firm in April 2017

## Law enforcement and corrections Career Highlights

**Include but are not limited to:**
- Criminal Investigations in persons, property, white collar and narcotics related crimes
- Directed task force in coordination with the Florida Department of Law Enforcement and the federal Drug Enforcement Administration
- Proudly served North Florida residents under the direction of the Florida Department of Corrections, Office Inspector General's Office.
- Aided in establishing a state and federal task force to counter organization crime within the Florida Department of Correction while utilizing the following key skills/strengths:

| | |
|---|---|
| Communicate easily with others | Public Speaker |
| Motivate others, including subordinates | Patient and Controlled |
| Goal Driven | Critical Thinker |
| Work Diligently | Leadership Qualities |
| Open Minded | With Team Spirit |
| Even Keeled | Respect and equality for all people |
| Accurate Report Writing | Courtroom Preparation and Demeanor |
| Observant, Good Listener | Recognize value of team members' strength |

To fully understand the inner workings of a correctional facility you must first compare it to a small community. The correctional officers are our local police. The community is staff with doctors, mental health professionals, nurses and a facility infirmary or hospital, food service and chapel. The correctional staff are responsible for the care, custody, control, supervision, accountability and safety of those incarcerated in the facility.

Unlike most communities the residents of a correctional facility all have criminal histories, and many have special needs. To safely operate this community requires strict policies, procedures, rules, directives as well as sound correctional judgement. The residents of the community come from all walks of life. Many are predators or the most violent of the offenders who often defy conforming to the rules governing the facility. Additionally, gangs and gang violence are prevalent within our correctional facilities.

As a correctional professional I had hands on experience and was entrusted with oversight of all aspects of the daily operations of state correctional facilities. To safely operate these facilities requires, effective security, proper classification of offenders, and effective medical and mental health personnel working in unison.

I understand the challenges facing our correctional system. We are entrusted with the care, custody, control, supervision, accountability and safety of our communities, our staff and the offenders in our care. **As a correctional professional the last 10 years of my career was spent in the Office of the Inspector General** and appointed with oversight of personnel actions, staff training, preparing offenders for re-entry to society, supervising general population and segregation units, inmate classification and custody levels, inmate programs, inmate work assignment, inmate work release, offender discipline, inmate visitation, inmates with special needs, inmate housing, food service and insuring offenders had access to medical and mental health services.

The experience I gained within the correctional system allows me insight or understanding how this system operates. I have further utilized my correctional experience after retiring from my chosen profession. In the past 34 months, I have been hired to review approximately 80 cases filed in state and federal courts throughout the country. These cases range from excessive force, physical abuse, death of offenders, offender on offender violence, facility negligence, death penalty, inmate adjustment and resentencing.

*Concluded my Law Enforcement Career on November 30, 2016*

## Professional Investigative Experience

**Conducted law enforcement investigations involving the following but not limited to:**

- Crimes against persons
- Assault
- Battery
- Aggravated Battery
- Battery on Public Safety Officials
- Robbery
- Death Investigation
- In-custody Deaths
- Homicides
- Sexual Battery
- Sexual Misconduct
- Property Crimes
- Thefts
- Grand Theft
- Retail Theft
- Farm Theft
- Narcotics
- Money Laundering
- Gang Related Activities
- Public Corruption
- Racketeering
- Prisoner Abuse
- Riots
- Arson
- Contraband in Correctional Facilities
- Escapes from State and Local Facilities

## Professional Philosophy for all Investigative Activity

"Conduct two investigations for every complaint filed. The first should attempt to prove the allegation occurred as reported, followed by an equal attempt to disprove them. Investigators should give an unbiased analysis of testimony of victims, plaintiff, respondent, witnesses, subject or defendant, and the evidence collected to derive their conclusion. Following the analysis of all known facts the investigator's job is simple, bravely report the truth."

## Professional Investigative Experience continued

**While serving agencies within the 3rd Judicial Circuit of Florida, and beyond, was involved in hundreds of arrests and aided in the successful prosecution of these cases by assisting prosecutors and providing testimony both in depositions and in court. Investigative related activities included:**

- Prepared in excessive of 100 search warrants, countless arrest warrants both in State and Federal courts.
- Provided expert testimony in the manufacturing of Methamphetamine in The Circuit Courts of Florida.
- Provided sworn testimony in depositions in excessive of one hundred times in criminal cases.
- Provided sworn testimony in the Circuit Courts of the State of Florida in excess of one hundred times
- Provided sworn testimony in Federal Court in excess of five times
- Provided sworn testimony in federal court related to alleged prisoner abuse and excessive force
- Provided sworn testimony before the Florida Senate related to abuse of power, lack of safeguards, organized crime, safety of correctional staff and inmates within the Florida Department of Corrections
- Testified in state and federal law suits against the Florida Department of Corrections
- Provided sworn testimony in employ administrative cases
- Whistle Blower complaints and administrative investigations for alleged violations of Departmental Rules, Regulations and Directives as well as State and Federal laws
- Whistle Blower Allegations involving Waist, Abuse and Fraud
- Personally was a plaintiff and successfully sued the Florida Department of Corrections for retaliation against a whistle blower and civil rights violations
- Prisoner Abuse
- Staff Misconduct
- Neglect
- Mismanagement
- Contraband
- Security Threats
- Security Violations
- After Action Reviews

*Conducted Professional Counseling and Training to both Citizen Groups, Law Enforcement and First Responders*

- Florida Narcotics Officers Association
- Leon County Sheriff's Office
- Tallahassee Police Department
- Live Oak Police Department
- Suwannee County Sheriff's Office
- Madison County Sheriff's Office
- Hamilton County Sheriff's Office
- Levy County Sheriff's Office
- Columbia County Sheriff's Office
- Gilchrist County Sheriff's Office
- Dixie County Sheriff's Office
- Lafayette County Sheriff's Office
- Jacksonville Sheriff's Office
- Florida Department of Corrections
- Florida Fish and Wildlife Commission
- Florida Department of Agriculture
- Florida Department of Forestry
- Florida Department of Law Enforcement
- Offices of the State Attorney
- Local Churches
- Youth groups
- Teen Court

> **Aubrey Land dba Fair Play Justice**
> **Law Enforcement, Prison and jail consultant**
> 721 Gowan Road
> Lafayette Ga. 30728

## I. Qualifications of the Expert

I have worked in the field of law enforcement and corrections for 33 years. During this time, I served as a certified correctional officer, sergeant, correctional law enforcement inspector and senior law enforcement inspector at six full time close/maximum custody prisons in Florida.

As correctional officer, in the various security capacities, I performed all 'gut level' assignments in open population, administrative confinement, protective confinement and disciplinary confinement, food service, control room assignments, mail room officer, visitation officer, visitation sergeant, inside and outside security officer, receiving officer, transport officer, hospital officer, perimeter security officer, medical officer, psychiatric observation officer, medical escort officer, escape and recapture officer; confrontation team member (riot team); orientation officer;

As inspector and as senior inspector, I responded to and conducted both administrative and criminal investigations at prisons throughout the northern part of the state. My duties consisted of reviewing countless use of force incidents. Conducted in excess of 100 administrative investigations involving allegation of prisoner abuse, prisoner neglect, sexual harassment, battery of prisoners, staff improper conduct, policy and procedure violations, death investigations and excessive force. As part of these reviews and investigations I was routinely provided video recordings of correctional setting as well as handheld videos related to use of force and abuse allegations. I am familiar with most of the housing units designed to house prisoners.

I am very familiar with departmental rules, regulation, directives, state and federal laws related to the proper treatment of inmates housed in the care of jails and prisons. My working knowledge of law enforcement and corrections provided me with expertise in applying the totality of the circumstances to determine if force was justifiable.

During my 10 years as inspector, I testified, in excess of 20 times in the 3rd Judicial Circuit of Florida in Lafayette, Suwannee, Columbia, Dixie, Taylor, Madison and Hamilton county, on cases that I had filed with the State Attorney's Office supporting criminal investigations that I had conducted. In addition to the duties as an institutional inspector I conducted investigations throughout Florida as part of a joint task force with the Florida Department of Law Enforcement and the U.S. Postal Inspections Service. In this capacity, I was directly involved in conducting more serious criminal investigations involving organized crime and public corruption.

In 2013 I was promoted to senior inspector which consisted of similar duties. During my years with the Office of the Inspector General I conducted the following type investigations: Assault, Battery, Aggravated Battery, Battery on Public Safety Officials, Robbery, In-custody Deaths, Homicides, Sexual Battery, Sexual Misconduct, Property Crimes, Thefts, Grand Theft, Narcotics,

Money Laundering, Criminal gang activities, Public Corruption, Racketeering, Prisoner Abuse, Riots, Contraband in Correctional Facilities and Escapes from State and Local Facilities

During my tenure as inspector, I testified one (1) time in Federal Court on matters related to the use of force by correctional staff. I also testified before the Florida Senate Criminal Justice Committee on corruption within the Florida Department of Corrections, mismanagement, staff shortages, organized criminal gang activity, prison violence and public corruption.

During my tenure in my law enforcement, I worked uniform patrol, criminal investigation division (CID), narcotics, death and homicide, organized crimes, public corruption, and racketeering cases.

I testified in state and federal court in excess of 100 times. I prepared in excess of 100 search warrant, in excess of 100 arrest warrants and made countless warrantless arrest. All of which were successfully prosecuted in both state and federal court.

My qualifications in the field of corrections and law enforcement are further summarized in my Résumé/CV, attached as Exhibit A.

## II. Experience and or Expert analytical review of evidence, conducting interviews, inspections, preparing reports, Attorney/Consultant consultations Testimony as an Expert Witness at Trial or Deposition

*Testified in court as an expert*

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared an expert option reports, Attorney/Consultant consultations and testimony in the following case: The Estate of Mark Bolus, by and through Maria Rathbun, the personal representative of the Estate of deceased, Mark Bolus, Plaintiff, VS State of Alaska, Department of Corrections, Defendant. Case # **3AN-16-06141CI**. I was deposed and provided sworn testimony related to my professional findings and options on September 07, 2017. I testify as an expert, In the Superior Court for the State of Alaska, Third Judicial District in Anchorage, on November 09, 2017. On November 23, 2017, the jury rendered a verdict in favor of the Plaintiff.

I was previously retained and providing expert analytical review of evidence, conducting interviews, inspections, preparing reports, Attorney/Consultant consultations in the following case: Miller/Graham resentencing of Timothy Preston Chavers. I testified as a correctional expert witness in this case on August 27, 2018. In the Circuit Court of The First Judicial Circuit, In and For Okaloosa County, Florida

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared reports, Attorney/Consultant consultations in the following case: Miller/Graham resentencing of Phillip Mosier. I testified as a correctional expert in this case on September 11, 2018. In The Circuit Court of the Twelfth Judicial Circuit in and For Manatee County, Florida.

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared reports, Attorney/Consultant consultations in the following case: resentencing of Misti Ehrlich. I testified as a correctional expert in this case on January 4, 2019. In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared reports, Attorney/Consultant consultations in the following case: resentencing of Wilson Pierre. I testified as a correctional expert in this case on April 29, 2019. In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared reports, Attorney/Consultant consultations in the following case: resentencing of Lolita Barthel. I testified as a correctional expert in this case on May 21, 2019. In the Circuit Court of the Fifteenth Judicial Circuit in and for Hillsborough County, Florida.

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared reports, Attorney/Consultant consultations in the following case: resentencing of Jermaine Jones. I testified as a correctional expert in this case on January 30, 2019. In the Circuit Court of the 20th Judicial Circuit in and for Collier County, Florida.

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared reports, Attorney/Consultant consultations in the following case: resentencing of Michael Scott. I testified as a correctional expert in this case on September 26th and 27th 2019. In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida.

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, Attorney/Consultant consultations in the following case: murder trial/penalty stage for Grandville Ritchie. I testified as a correctional expert in this case on September 26, 2019. In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida.

**List of courts that I have testified is as an expert.**

1. Testified one (1) time as an expert in the Superior Court for the State of Alaska, Third Judicial District in Anchorage.
2. Testified one (1) time as an expert in the Circuit Court of The First Judicial Circuit, In and For Okaloosa County, Florida
3. Testified one (1) time as an expert in The Circuit Court of the Twelfth Judicial Circuit in and For Manatee County, Florida.
4. Testified two (2) times as an expert In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.
5. Testified three (3) times as an expert in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida.
6. Testified one (1) time in the Circuit Court of the 20th Judicial Circuit in and for Collier County, Florida.

7. Testified twice in a federal court hearing in the Middle District of Florida in an for Orlando Florida.

*Provided sworn deposition testimony*

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared reports, Attorney/Consultant consultations in the following case: Matthew R. Trevino, Plaintiff, VS. Sheriff Chris Nocco, Pasco County Sheriff, In His Official Capacity, Robert W. Haas, Individually, Manuel M. Haag, Individually, Richard S. Bain, Individually, Logan H. Kelly, Individually, Joseph J. Fauci, Individually, Robert Lowry, Individually, Leann M. Hindman Individually, James Linsalata, Individually, Defendants. Case No. **8:16-CV-02545-CEH-TGW.** I was deposed and provided expert testimony in this case on January 28, 2018. The case was filed In the United States District Court in and for The Middle District Of Florida Tampa Division. This case has been resolved in a settlement agreement with a monetary award paid to the plaintiff.

I was previously retained and provided expert analytical review of evidence, conducted interviews, inspections, prepared reports, Attorney/Consultant consultations in the following case: Renee Mayhew, Administratrix of The Estate of Charles Mealer, 6 Constitution Avenue Franklin, New Hampshire VS State of New Hampshire 105 Pleasant Street Concord, New Hampshire. I was deposed and provided expert testimony in this case on April 10, 2018. The case was filed in the State Of New Hampshire Merrimack, Ss. Superior Court. This case has been resolved in a settlement agreement with a monetary award paid to the plaintiff.

I was previously retained and providing expert analytical review of evidence, conducting interviews, inspections, preparing reports, Attorney/Consultant consultations in the following case: **15-CV-61902- Bloom** Jeffery Emil Groover Vs. US Corrections, LLC Prisoner Transport Services LLC and John Does 1-100. Filed in the United States District Court for the Southern District of Florida.

I am currently retained and providing expert analytical review of evidence, conducting interviews, inspections, preparing reports, Attorney/Consultant consultations in the following case: 18-cv-**00432-MGL-PJG** Andrew White Vs. The South Carolina Department of Corrections. the case is filed In the United States District Court District of South Carolina Rock Hill Division. I was been deposed in the case.

I was previously retained and provided expert testimony in both deposition and court in the resentencing of Jermaine Jones. I was deposed as a correctional expert in this case on January 22, 2019 and testified on January 30, 2019, In the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

I am currently retained and providing expert analytical review of evidence, conducting interviews, inspections, preparing reports, Attorney/Consultant consultations in the following case: 5:18-CV-

00974 Mark Turner, an individual Plaintiff, vs. Officers Matt Holbrook, in his individual capacity, John Hostler, in his individual capacity, Stephen Orwick, in his individual capacity, Trent Springer, in his individual capacity, Derek McCoy, in his individual capacity and Nurse Patricia Jones in his individual capacity Defendants. In the United States District Court Northern District of Ohio. On April 08, 2019 I provided sworn testimony in a deposition in this case.

I am currently retained and providing expert analytical review of evidence, conducting interviews, inspections, preparing reports, Attorney/Consultant consultations in the following case: 6:15-CV-1896-Ori-22KRS Thomas Robinson, an individual Plaintiff, vs. County of Volusia-Division of Corrections, Cole Lambert, A. Peterkin, J. Washburn, West In the official and individual capacities, Defendants. In the United States District Court Middle District of Florida. On September 19, 2019 I provided sworn testimony in a deposition in this case.

### III. Testified as an expert in the following areas of expertise

1. Security procedures within jails and prisons.
2. Security audits
3. Administrative investigations
4. Professional standards
5. After action reviews, follow serious incidents
6. Secure housing for offenders
7. Security checks
8. Staffing levels
9. Staffing requirements
10. Staffing assignments
11. Staff misconduct
12. Psychological emergencies and self-harm procedures
13. Suicide watch
14. Death investigations to include in custody suicides
15. Classification of offenders
16. Custody levels
17. Protective custody
18. Disciplinary and administrative confinement
19. Death row housing
20. Housing restrictions
21. Property restrictions
22. Inmate work details
23. Contraband introduction
24. Contraband possession
25. Criminal gangs in prison

26. Extortion within jails and prisons
27. Weapons in prison
28. Prisoner adjustment
29. Inmate discipline
30. Prison Rape Elimination Act (PREA)
31. Care, custody, control, supervision, accountability and safety of offenders
32. American Correctional Association (ACA) standards
33. Use of force

## IV. Compensation

My rate of pay is as follows: There will be an initial $2000.00 retainer for services. This retainer is non-refundable and will be exhausted at the rate below. These funds will be deposited into the General Account of Fair-Play Justice.
- $100.00 per hour for travel to and from courtroom/place of inspection or interview as well as waiting time.
- $250.00 per hour while conducting analytical review of evidence, conducting interviews, inspections, preparing reports, Attorney/Consultant consultations preparing for deposition and court testimony.
- Document review $750.00 for up to 250 pages, $1500.00 for up to 500 pages, $3000.00 for up to 1000 pages or $3.00 per page thereafter.
- Testimony and depositions is $350.00 per hour or a fraction thereof (Minimum $1400.00).
- Hotel: actual paid either by Fair-Play Justice or firm.
- Food: Actual or per-diem rate allowed.
- Travel $.60 per mile if via vehicle plus tolls or government rate (if Applicable)
- Travel actual airfare (Business or first class only) plus parking and ground transportation.

**Deposing firms will be billed $250.00 per hour for reasonable deposition preparation hours per the rule.**

## V. Declaration

I hereby declare under penalty of perjury this 2nd day of October 2019 that the foregoing is true and correct to the best of my knowledge and belief.

Aubrey Land dba Fair Play Justice
Law Enforcement, Prison & Jail Consultant
721 Gowan Road
La Fayette Georgia 30728
(386) 249-4325

**Aubrey Land,** dba
**Fair-Play Justice**
Law enforcement, Prison & Jail Consulting
721 Gowan Road
Lafayette Ga. 30728
Office 706-397-2020
Cell 386-249-4325
Aubreyland@outlook.com

**Fee Schedule-EFFECTIVE January 1, 2020**

**RETAINER FROM NON GOVERNMENT AGENCIES $2500.00**

**CONSULTANT'S FEES.** There will be an initial $2500.00 retainer for services. This retainer is non-refundable and will be exhausted at the rate below. These funds will be deposited into the General Account of Fair-Play Justice. You will be billed monthly or after your account has reached $1500.00:

- $100.00 per hour for travel to and from courtroom/place of inspection or interview as well as waiting time.
- $250.00 per hour while conducting analytical review of evidence, conducting interviews, inspections, preparing reports, Attorney/Consultant consultations preparing for deposition and court testimony.
- Testimony and depositions is $350.00 per hour or a fraction thereof (Minimum $1400.00).
- Hotel: actual paid either by Fair-Play Justice or firm.
- Food: Actual or per-diem rate allowed.
- Travel $.60 per mile if via vehicle plus tolls or government rate (if Applicable)
- Travel actual airfare (Business or first class only) plus parking and ground transportation.

**Deposing firms will be billed $250.00 per hour for reasonable deposition preparation hours per the rule.**

**IMPORTANT NOTE:** <u>When or before account reaches or exceeds $1500.00 invoice may be submitted. Accounts unpaid after 30 days of invoice will be accessed late fees in the amount of 1.5 % monthly until the balance is paid.</u>