3280 Marshall Ave          405-321-5574

# William F. Schmid, Ph. D

**Experience**

        2006-Pre.  Community Works

**Consultant**
- Individual and programmatic psychological consultation.

        2001-Pre.  BishopCreek Medical & Counseling Group

**Clinical Coordinator- Private Practice**
- Private practice of individual psychotherapy.

        1999-2002 Tulsa County Juvenile Bureau

**Consultant for the Tulsa County Juvenile Bureau**

    Consultant to group, psychologists and nurses.

    Developed program evaluation process for Juvenile Beaurea, Detention Center and related services.

- Director of the COi Team in development of personel and Beareau program policy.

    Initiated and assisted in transfer of a free standing Residential Treatment Center to Juvenile Beaurea operating as both program and administration consultant.

        1998-2001  The Brown Schools of Oklahoma

**State Clinical Director**
- National organization specializing in comprehensive services to adults and children (mental health as well as physical medicine).

        1995-1998  The Bridge Mental Health Continuum

**Chief Executive Officer**
- Privately owned corporation operating various mental health agencies including medical services which include a clinic at Crossroads Mall.

        1993-1995  Hillcrest Health Center

**Representative**
- Representative to the development of (I.B.H.) Integrated Behavioral Health. I.B.H. is a consortium of St. Anthony Hospital, Health Science Center, Bethany Pavilion, Ramsey Corporation, and Red Rock Mental Health Center. The function of this group is to develop a provider network for managed care in Oklahoma.

    1995-1995          Department Human Services

**Consultant**
- Consultant to Juvenile Services Unit for evaluating Oklahoma Delinquency System.

    Medicaid sending and program development.

1993-1997          Oklahoma County Jail
**Consultant**
- Provide diagnostic consultation, crisis treatment for inmates.

1994-1995          Hillcrest Health Center
**Executive Committee**
- Executive Committee of Hillcrest Health Center.

1994-1995          Baptist Health Center
**Consultant**
- Consultation on personnel and organizational restructuring.

1993-1995          Oklahoma Hospital
**Representative**
- Representative to DHS Medical Services Peat Marwick Committee on medical necessity criteria.
- Restructuring and implementation plan for inpatient and day Hospitals statewide.

1993-1995          Governor's Task Force
**Appointment**
- Appointment to Governor's Task Force on Health Reform, Universal Coverage.

1990-1995          Hillcrest Health Center
**Vice President of Behavioral Medicine Services**
- Responsible for administrative and clinical functions of the 91 bed Behavioral Medicine Services, (36 non medical/delinquency beds; 60 chemical dependency psychiatric beds).

1990-1995          Phoenix Recovery Institute
**Consultant**
- Development of treatment planning and behavioral management.
- Implementation of program for psychiatric treatment of adolescents and enlargement of chemical dependency unit form eight lo twenty beds.

1990-1995          Oklahoma Hospital Association
**Committee Member**
- Appointed by DHS to negotiate Terry D. consent decree implementation.

1989-1990          University of Oklahoma
**Adjunct Professor of Human Relations**

1988-1990          Federal Bureau of Probation

**Consultant and Contract Psychologist**
- Diagnostic evaluation for the Federal Bureau of Probation and Parole- Detention and pre-sentencing evaluations.

1988-1995                Oklahoma Halfway House
**Project Leader**
- Conducted individual therapy sessions and ongoing groups for multi-problem adult offenders.

1988-1995                The Betty Chase Center
**Director**
  Design and implementation of 36 bed adolescent, residential Level E facility (first in state).

1987-1990                Hillcrest Health Center
**Clinical Director, Behavioral Medicine Services**
- Designing, implementing and evaluating residential programs
- Consultation and supervision of line and professional staff.

1993-1995                Hillcrest Health Center
**Developer/ Administrator**
- Development of state wide therapeutic foster care program and child placement agency.
- Administrator of 160 day hospital slots with 5 associated outpatient clinics.

1985-1990                Private Practice
**Psychologist**
- Practice of clinical psychology, individual/ group psychotherapy.

1985-1987                Central Oklahoma Juvenile Treatment Center
**Chief Psychologist**
  Program evaluation design and implementation.
- Supervisor of both professional and line staff
- Coordinator of research projects and developing state plan for A.I.D.S. Youth.

1984-1988                Bethesda Alternative
**Group Therapist**
- Group leader with members of incest families.

1984-1985                El Reno Prison
**Psychological Intern**
- Groups, individual and crisis intervention.

1982-1984                Fresno City College

### Enablers Program
- Performing evaluations for learning disabled clients
- Designing learning interventions and selecting appropriate coursework.

1979-1982          Joe Harp Correctional Facility
### Psychological Assistant
- Treatment coordinator for 80 bed residential treatment center.
- Therapeutic community model and medium security prison.

1977-1979          McClain County, Court Division
### Field Youth Counselor
Court division, family therapy, development of community educational programs.

1975-1977          Oklahoma County D.H.S.
### Child Protective Services
- Child abuse intake and family counseling.

**Research/ Publications and Major Projects**

- 1995- Development of a private corporation for providing statewide mental health services.

- 1993- American Therapeutic Recreation Association, National Clinician of The Year Award.

- 1991- Development of four day treatment programs for 160 youth.

- 1990- Purchase negotiations, contract revision, program design and implementation for The Betty Chase Center, a 31 bed Level E facility for delinquent boys. No right of referral contract.

- 1988- Development of the first Level E (staff secure) program, program design, contract negotiations and contract implementation.

- 1987- Quality Assurance; A Practice Model. Annual Recreational Therapy Convention, Oklahoma State University.

- 1986- Residential Treatment: The Establishment of an Active Milieu; Workshop, University of Oklahoma.

- 1985- The Charismatic: A Model of Effective Communication, Doctoral Dissertation, Fresno. CA

| | |
|---|---|
| 1984- | The Delinquency Project: A professional presentation addressing group psychotherapy with sanctioning intact juvenile gang; Cleveland County Youth and Family Center. |
| 1984- | Discontinuity in Development: Cognitive styles in development of hospitalized adolescents, OPA, Norman, OK. |

**References:**     Available upon request.