# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)L LAURIE GARLAND., an individual　　Plaintiff,<br>v.<br><br>(1) STATE OF OKLAHOMA EX REL OKLAHOMA DEPARTMENT OF CORRECTIONS,<br>(2) CHRISTOPHER REDEAGLE, individually<br>(3) SHARON MCCOY, individually<br>(4) JOE ALLBAUGH, Individually<br>(5) PENNY LEWIS, Individually<br>(6) RABEKAH MOONEYHAM, individually<br>(7) HEATHER CARLSON, individually<br>(8) BOARD OF CORRECTIONS<br>　　Defendants | )<br>)<br>) Case *No. CIV 2020-306-RAW*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF PARTIAL DISMISSAL

COMES NOW the Plaintiff, Laurie Garland, and in accordance with F.R.C.P. Rule 41(a)(1)(ii) by this stipulation of the parties to this action dismisses, Defendant Heather Carlson from these proceedings without prejudice to the filing of a future claim.

/s　E.W. Keller
E. W. Keller　OBA#　4918
Keller, Keller & Dalton PC
201 Robert S. Kerr, Suite 1001
Oklahoma City, OK　73102
(405) 235-6693
(405) 232-3301　Facsimile
E-mail – kkd.law@coxinet.net
ATTORNEY FOR PLAINTIFF

/s/ Anthony L. Allen
Anthony L. Allen  OBA# 19738
106 S. Okmulgee Ave.
Okmulgee, OK  74447
1-800-409-1915
1-888-397-3643  Facsimile
E-mail – tony@anthonylallen.com
ATTORNEY FOR REDEAGLE


/s/ Kari Y. Hawkins
Kari Y. Hawkins   OBA#  19824
Oklahoma Attorney Generals Office
313 NE 21st Street
Oklahoma City, OK  73105
405-521-3921
405-521-4518   Facsimile
E-Mail – kari.hawkins@oag.ok.gov
ATTORNEY FOR ODOC, BOC, MCCOY LEWIS, MOONEYHAM AND CARLSON