# OKLAHOMA STATE DEPARTMENT OF CORRECTIONS Consolidated Record Card

| 712727 | 08/01/2018 | FEMALE | WHITE | 5'9" | 134 lbs | BROWN | GREEN |
|---|---|---|---|---|---|---|---|
| DOC Number | DOC Reception Date | Gender | Race | Height | Weight | Hair | Right Eye |

**Name:** GARLAND, LAURIE ELIZABETH

**SSN:** 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   **OSBI Number:** 1243985   **FBI Number:** 212139RB3

**Alias Names and Additional SSN:**
- GARLAND, LAURIE
- GARLAND, LAURIE E
- NEWMAN, LAURIE
- NEWMAN, LAURIE E
- NEWMAN, LAURIE ELIZABETH

**Date Of Birth:** 01/19/1982   **Victim Notification:** NO   **Parole Eligibility:** 09/9999

**Religion:** CHRISTIANITY

**Skills:** GENERAL LABOR

**Emergency Contact:** WATTERSON, JASON   **Contact Address:** 2417 SANDY CREEK RD, ARDMORE, OK   **Zip Code:** 73407
**Telephone Number:** (580) 5043925

| CRF | Count No. | J&S Date | County of Prosecution | Offense Description | | | ETC | Sentences |
|---|---|---|---|---|---|---|---|---|
| 2018-33 | 1 | 07/30/2018 | CARTER | DUI | | | NO ETC | 10 YR CC |
| 2018-334 | 1 | 07/30/2018 | CARTER | DUI | | | NO ETC | 10 YR CC |
| 2018-334 | 0 | 07/30/2018 | CARTER | POST-IMPRISONMENT-SUPERVISION | | | NO ETC | 1-YR-PROB-CS |
| 2018-33 | 0 | 07/30/2018 | CARTER | POST-IMPRISONMENT-SUPERVISION | | | NO ETC | 1-YR-PROB-CS |

08/01/2018

CF-13-2129 Okla Co Deferred CF-14-243 Split 4/6 susp.

## Release Notification, Court Cost, Etc

| Movement History | | Classification/Job | | Disciplinary Record | | | |
|---|---|---|---|---|---|---|---|
| To | Date | Action | Date | Code | Date | Charge | Punishment | Code |
| MBARC | 08/01/2018 | Intr/Clas | 8/3/18 | A-22 | 8/14/18 | Failure to Obey | lophone - 60 canteen | BC1 |
| EZCC | 8/28/18 | Unassigned | 9/10/18 | B-5 | 7/30/20 | GPS Program Failure | 10 YR | |
| KBCCC | 4/12/19 | 6 pts Min | 8/14/20 | | | | | |
| EGPS | 9/19/19 | | | | | | | |
| EGPS | 6/11/20 | | | | | | | |

DEFENDANT'S EXHIBIT 1

Garland v DOC/CIV-20-306-RAW (ED)

0286

Initial Eligibility: L3 10/30/18
Initial Eligibility: L4 3/30/20

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

GARLAND, LAURIE ELIZABETH

DOC Number: 712727
Date Received: 08-01-2018

Jail Time: 49
85% Date:

| Year 2018 Month | Time Served | Earned | Other | Lost | Month Net | Remaining 3653 | Comments |
|---|---|---|---|---|---|---|---|
| JAN | | | | | | | A) JT 16 |
| FEB | | | | | | | B) drc 1 |
| MAR | | | | | | | C) L2 8-1-18 |
| APR | | | | | | | D) 15 GCAC: 9-1-18 9-14-18 |
| MAY | | | | | | | E) L3E: 10/1/18 |
| JUN | | | | | | | F) 15 GCAC: 10-1-18 10-14-18 |
| JUL | | | | | | | G) 15 gcac 11-1-18 11-14-18 |
| AUG | 31 | C) 22 | AB 17 | | 70 | 3583 | H) 15 GCAC: 12-1-18 12-14-18 |
| SEP | 30 | 22 | D) 15 | | 67 | 3516 | |
| OCT | 31 | E) 45 | F) 15 | | 91 | 3425 | |
| NOV | 30 | 45 | G) 15 | | 90 | 3335 | |
| DEC | 31 | 45 | H) 15 | | 91 | 3244 | |
| **Year 2019** | | | | | | | — 2019 — |
| JAN | 31 | 45 | A) 15 | | 91 | 3153 | A) 15 gcac: 1-1-19 1-14-19 |
| FEB | 28 | 45 | B) 30 | | 103 | 3050 | B) 15 GCAC 2-1-19 2-14-19 |
| MAR | 31 | D) 60 | C) 15 | | 106 | 2944 | 15 AC Birth Cert 2-12-19 |
| APR | 30 | 60 | EF 25 | | 115 | 2829 | C) 15 GCAC 3-1-19 3-14-19 |
| MAY | 31 | 60 | G) 15 | | 106 | 2723 | d) L4E promo 3-1-19 per AR 4-1-19 |
| JUN | 30 | 60 | H) 15 | | 105 | 2618 | E) 10 AC SSC 4-12-19 |
| JUL | 31 | 60 | I-K) 60 | | 151 | 2467 | F. 15 GCAC 4-1-19 4-14-19 |
| AUG | 31 | 60 | L-O 105 | | 196 | 2271 | G. 15 GCAC 5-1-19 5-14-19 |
| SEP | 30 | 60 | P 15 | | 105 | 2166 | H) 15 GCAC 6-1-19 6-14-19 |
| OCT | 31 | 60 | QR 45 | | 136 | 2030 | I) 15 GCAC 7-1-19 7-14-19 |
| NOV | 30 | 100 | ST 45 | | 135 | 1895 | J) 15 AC Nurt parent 7-9-19 |
| DEC | 31 | 100 | UV 45 | | 136 | 1759 | K) 30 AC Cage your Rage 7-19-19 |
| **Year 2020** | | | | | | | L) 15 GCAC 8-1-19 8-14-19 |
| JAN | 31 | 60 | AB 45 | | 136 | 1623 | M) 30 AC Seeking Safety 8-9-19 |
| FEB | 29 | 60 | CD 45 | | 134 | 1489 | N) 30 AC Victim Impact 7-25-19 ✓ |
| MAR oms | 31 | 60 | EF 45 | | 136 | 1353 | O) 30 AC Assoc/Success 8-28-19 ✓ |
| APR | 30 | 60 | GH 45 | | 135 | 1218 | P. 15 GCAC 9-1-19 9-14-19 |
| MAY oms | 31 | 60 | I 45 | | 136 | 1082 | Q. 30 ac reentry 10-1-19 |
| JUN | 30 | 60 | JK 45 | | 135 | 947 | R. 15 GCAC 10-1-19 10-14-19 |
| JUL | 31 | 60 | L 45 | | 136 | 811 | S. 30 ac reentry 11-1-19 |
| AUG | 31 | 60 | m 15 | | 106 | 705 | T. 15 GCAC 11-1-19 11-14-19 |
| SEP | 30 | 60 | N. 15 | | 105 | 600 | U. 30 ac reentry 12-1-19 |
| OCT | 31 | 60 | O. 15 | | 106 | 494 | V. 15 GCAC 12-1-19 12-14-19 |
| NOV | | | | | | | |
| DEC | | | | | | | — 2020 — |
| **Year 2021** | | | | | | | A. 30 AC Reentry 1-1-20 |
| JAN | | | | | | | B. 15 GCAC 1-1-20 1-14-20 |
| FEB | | | | | | | C. 30 AC reentry 2-1-20 |
| MAR | | | | | | | D. 15 GCAC 2-1-20 2-14-20 |
| APR | | | | | | | E. 30 AC Reentry 3-1-20 |
| MAY | | | | | | | F. 15 GCAC 3-1-20 3-14-20 |
| JUN | | | | | | | G. 30 AC Reentry 4-1-20 |
| JUL | | | | | | | H. 15 GCAC 4-1-20 4-14-20 |
| AUG | | | | | | | I. 30 Reentry 15 GCAC 5-1-20 5-14-20 |
| SEP | | | | | | | J. 30 reentry 6-1-20 |
| OCT | | | | | | | K. 15 GCAC 6-1-20 6-14-20 |
| NOV | | | | | | | L. 30 REC 15 GCAC 7-1-20 7-14-20 |
| DEC | | | | | | | M. 15 GCAC 8-1-20 8-30-20 |
| **TOTAL** | | | | | | | N. 15 GCAC 9-1-20 9-30-20 |
| | | | | | | | O. 15 GCAC 10-1-20 10-30-20 |

OMS0024B

OAG/Garland v DOC/CIV-20-306-RAW (ED)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| DOC Number | DOC Reception Date | | | | | | |
|---|---|---|---|---|---|---|---|
| 712727 | 02/26/2016 REBID | | | | | | |

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| GARLAND, LAURIE ELIZABETH | | | | | | | |

| Gender | Race | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|
| FEMALE | WHITE | 5'9" | 161 lbs | BLOND | GREEN Right |

| SSN | OSBI Number | FBI Number |
|---|---|---|
| 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 | 1243985 | 212139RB3 |

Alias Names and Additional SSN

| Date Of Birth | Victim Notification | Parole Eligibility |
|---|---|---|
| 01/19/1982 | NO | 11/2016 |

Religion: CHRISTIANITY
Skills: GENERAL LABOR

Contact Address: 902 - S FRANKLIN DR  ARDMORE  OK  Zip Code: 73707

Emergency Contact: NEUMAN, ELIZABETH
Telephone Number: (580) 2232998

| CRF | Count No. | J & S Date | County of Prosecution | Offense Description | ETC | Sentences | Punishment |
|---|---|---|---|---|---|---|---|
| 2014-282 | 0 | 12/03/2014 | CARTER | POST IMPRISONMENT SUPERVISION | NO ETC | | 1 YR PROB CS |
| 2013-13 | 1 | 12/03/2014 | CARTER | CHILD ENDANGERMENT BY DRIVING A MOTOR VEHICLE WHILE UNDER THE INFLUENCE | NO ETC | | 4 YR CS w/intakes |
| 2013-13 | 0 | 12/03/2014 | CARTER | POST IMPRISONMENT SUPERVISION | NO ETC | | 1 YR PROB CS |

Movement History

| From | To | Date | Classification/Job Action | Date | Disciplinary Record Code | Date | Code |
|---|---|---|---|---|---|---|---|
| CART | MBARC | 02/25/2015 | Intial class | 3/3/15 | / / | | |
| MBARC | EWCF | 3/25/15 | prm order | 5/14/15 | / / | | |
| EWCF | disciplin | 2/26/16 | Educ Tutor | 8/12/15 | / / | | |
| | EWCF | 12/8/2016 | HWR | 5/29/16 | / / | | |

OMS024D

OAG/Garland v DOC/CIV-20-306-RAW (ED)  0288