

**State of Oklahoma**
**Office of Management &**
**Enterprise Services**
**Human Capital Management Division**

C32

HCM-14
Request for Personnel Action

---

Agency Name and Number: Oklahoma Department of Corrections, #131　　　Current Date: 01-03-2019

Approval of the following action is requested for (include Last name, full First name and middle Initial):
Redeagle, Chris

| SS# (New Hires Only): | Employee ID: 130323 | Effective Date: 11-30-2018 |
|---|---|---|
| **APPOINTMENTS:** | **SEPARATIONS:** | **CHANGES:** |
| [ ] Initial Probationary<br>State Certificate No: ____<br>[ ] Transfer Interagency<br>[ ] Reinstatement<br>　　[ ] Probationary *<br>　　[ ] Permanent<br>[X] Unclassified: By Law (Cite Authority in Remarks)<br>[ ] Temporary<br>[ ] Direct Hire Authority<br><br>* OP-110235, Attachment F, required (attach signed copy) | [ ] Resignation<br>[ ] Discharge<br>　　[ ] Probationary<br>[ ] Reduction in Force (Letter Required)<br>[ ] Transfer Interagency<br>[ ] Expiration of Appointment<br>[ ] Retirement<br>[ ] Death | [ ] Performance Pay<br>[ ] Salary Adjustment<br>[ ] Promotion: Trial Period Required<br>　　[ ] Yes<br>　　[ ] No (Career Progression)<br>[ ] Voluntary Demotion (Letter Required)<br>[ ] Demotion<br>[ ] Transfer Within Agency<br>[ ] Detail to Special Duty<br>[ ] Expiration of Detail to Special Duty<br>[ ] Probationary Period Adjustment (Letter Required)<br>[ ] Name Change |
| [ ] Application Attached | [ ] Application on File at HCM | Date of Last Service Review:<br>N/A |

LEAVE; Specify Duration: ____
| [ ] Sick Leave Without Pay | [ ] Military Leave With Pay | [ ] Suspension Without Pay |
| [ ] Leave Without Pay | [ ] Military Leave Without Pay | [ ] Return from Suspension |
| [ ] Return From Leave | [ ] Suspension With Pay (Letter Required) | [ ] Other (Explain in Remarks Section) |

| Current | HCM Code & Title | Proposed |
|---|---|---|
| Unit Manager / I15A | HCM Code & Title | Deputy Warden, 8345 |
| DCCC　0811100　138 | Unit / Dept ID / Claim Group | EWCC　1611100　101 |
| Band L　$3,967.70 | Pay Band / Salary | $5,010.37 per month |
| 13103663　29CO | PIN # / WLOC Code | 13100746　38EW |
| | Is this a Supervisory Position? | Check One: [X] YES　[ ] NO |

Remarks: Approved 92 attached

Employee resigning Classified position to accept Unclassified appointment, per 74 O.S. 840-5.11.
Letter attached. Employee will participate in OPERS Standard Retirement

---

Employed by this Agency From: 10-14-94　　To: Present

Signature: _Sharon L. McCoy, Warden_ (signed)　Sharon L. McCoy, Warden　　Date: 1-7-19
　Appointing Authority/Title

Signature: _Tina Hicks_ (signed)　　Associate Director, Administrative Operations　Date: 1-7-19
　Division Chief or Department/Title

Cheri C (signed)

OMES – HCM 014
Revised: HCM 05/14 (DOC 11/14)

_Done 1-7-19_ (signed)

**DEFENDANT'S EXHIBIT 2**

JOE M. ALLBAUGH
DIRECTOR



MARY FALLIN
GOVERNOR

STATE OF OKLAHOMA

OKLAHOMA DEPARTMENT OF CORRECTIONS
DICK CONNER CORRECTIONAL CENTER

November 29, 2018

To:     To Whom It May Concern

From:   Christopher C. Redeagle, Unit Manager
        Dick Conner Correctional Center

Re:     Change of Classified Position to Unclassified Position

I am submitting my resignation of the classified position of Unit Manager at Dick Conner Correctional Center to accept the unclassified appointment of Deputy Warden at Eddie Warrior Correctional Center which will become effective November 30, 2018.

_____
Christopher C Redeagle

_____
DCCC Warden, Janet Dowling

129 CONNER ROAD
HOMINY, OK 74035
918-594-1300
FAX: 918-594-1315
http://ok.gov/doc/

OAG/Garland v DOC/CIV-20-306-RAW (ED)

5004