Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

LAURIE GARLAND,                              )
                                             )
       Plaintiff,                           )
                                             )
vs.                                          ) NO. CIV-20-306-RAW
                                             )
                                             )
STATE OF OKLAHOMA, ex rel                    )
OKLAHOMA DEPARTMENT OF                       )
CORRECTIONS,                                 )
CHRISTOPHER REDEAGLE,                        )
individually,                                )
SHARON McCOY, individually,                  )
JOE ALLBAUGH, individually,                  )
RABECKAH MOONYHAM,                           )
individually,                                )
HEATHER CARLSON, individually,)
and BOARD OF CORRECTIONS,                    )
                                             )
       Defendants.                          )

DEPOSITION OF LAURIE ELIZABETH GARLAND

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON JULY 6, 2021, 2021

REPORTED BY:  JANA C. HAZELBAKER, CSR

DEFENDANT'S EXHIBIT 5

D&R REPORTING & VIDEO, INC.
(800)771-1500 / depo@drreporting.com

Page 26

```
 1      A    Yes.
 2      Q    Was that on a regular basis?
 3      A    Pretty consistently, yes.
 4      Q    Okay.  What was the nature of the verbal
 5   conversations that you all would have?
 6      A    Well, it started out very informal, just
 7   like I said, he asked, you know, "What are you doing
 8   here, what brings to you prison," et cetera.
 9           We started talking and he just --
10   conversations were minimal for a certain degree, but
11   then it just escalated into, "Well, I really want to
12   kiss you," and things of that nature --
13      Q    Right.
14      A    -- which was uncomfortable.
15      Q    Right.  Did you, I guess, respond to him in
16   any way that was, I guess, romantic in these verbal
17   conversations?
18      A    In verbal conversations?  No.  But I did in
19   letters, yes.
20      Q    Okay.  And who would you say wrote the
21   first letter?
22      A    I did.
23      Q    Okay.
24      A    It gets lonely in prison, so you write.
25   You just take yourself on a little mind trip journey.
```

1    A    Not to my knowledge.

2    Q    Okay.  Randy Knight, you mentioned him a
3  minute ago.  Who is he?

4    A    He is the IA.

5    Q    And that's Internal Affairs?

6    A    Yes, sir.

7    Q    Okay.  And what was your contact or
8  contacts with Randy Knight?

9    A    He came on the day for -- when Redeagle
10  resigned and provided me with some of this
11  information that he'd found and did my basic
12  interview.

13    Q    Okay.

14    A    And heard my side of the story.

15    Q    What, if anything, did Randy Knight do
16  personally to violate your rights?

17    A    He really didn't.  He was actually the more
18  comfortable person to talk to.

19    Q    Okay.  Who is Penny Lewis?

20    A    That is also a guard.

21    Q    Okay.  And what were your contacts with
22  Penny Lewis?

23    A    Just -- she just worked there.

24    Q    Okay.  What, if anything, did Penny Lewis
25  do personally to violate your rights?

```
                                                              Page 271
 1       A    Like I said, I don't think that she
 2  necessarily personally intentionally did anything.
 3       Q    What is -- or who is, sorry, Whitney Louis?
 4       A    She's the psychiatrist.
 5       Q    And what were your contacts with Whitney
 6  Louis?
 7       A    She was the one that I started with the
 8  self-help groups and stuff.  And she's also one of
 9  the ones that wrote one of these reports.
10       Q    Did Whitney Louis do anything personally to
11  violate your rights?
12       A    I don't know.
13       Q    How would you characterize Whitney Louis?
14       A    She's -- she's pretty open, I guess.
15       Q    She struck you as an intelligent person?
16       A    I believe so.
17       Q    Okay.  Did she strike you as an honest
18  person?
19       A    I -- I guess.  I mean, for the most part.
20       Q    Who is Jason Mann with two "n"s?
21       A    That's another Redeagle term of return
22  sender.
23       Q    Okay.  No such real person?
24       A    I don't know.
25       Q    That you know of?
```

```
 1     A    I've never -- I've never met him.
 2     Q    Who is Sharon McCoy?
 3     A    That's the former warden before Natalie
 4  Cooper.
 5     Q    Okay.  What were your contacts with Sharon
 6  McCoy?
 7     A    I didn't see her a whole lot except if she
 8  came to church services to watch us perform, and that
 9  was every so often.
10     Q    Okay.  What, if anything, did Sharon McCoy
11  do personally to violate your rights?
12     A    Well, she wasn't around a whole lot there
13  towards the transitioning of Ms. Cooper, but she was
14  in and out.  She was just here and there, hit and
15  miss.
16     Q    Okay.  Who is Rabeckah Moonyham?
17     A    That is another guard, as well, female.
18     Q    What were your contacts with Rabeckah
19  Moonyham?
20     A    I mean, just conversation.
21     Q    What, if anything, did Rabeckah Moonyham
22  personally do to violate your rights?
23     A    I guess she's also on the Board, I believe,
24  of overseeing things at Eddie Warrior.
25     Q    She's a guard on the Board?
```

Page 273

1    A    She's a guard, but they have a team of
2  certain people that are in charge, I believe, like to
3  oversee the others, just like a hierarchy.
4    Q    Did she do anything personally to violate
5  your rights that you're aware of?
6    A    I don't know.  No.
7    Q    Okay.  We mentioned him earlier, but Steve
8  Schardein, he's both a former step-relative and also
9  a former romantic interest; is that correct?
10    A    Correct.
11    Q    Okay.  When was your last contact with
12  Mr. Schardein?
13    A    In July of 2020.
14    Q    Okay.  You have no reason to believe
15  Mr. Schardein participated in any violation of your
16  rights, do you?
17    A    I don't -- I don't know if he did or not.
18    Q    Okay.  Who is Rachel Vernon?
19    A    That is the head of, like, the medical, at
20  Eddie Warrior.
21    Q    Is Rachel a doctor?
22    A    I'm not sure if she's a licensed doctor or
23  if she just oversees the medical staff.  I'm not
24  exactly sure what her criteria is.
25    Q    What were your contacts with Rachel Vernon?