# AFFIDAVIT OF SHARON MCCOY

STATE OF OKLAHOMA )
) ss.
COUNTY OF MUSKOGEE )

I, Sharon McCoy, the undersigned, being duly sworn, depose and state:

1. I am currently employed by the Oklahoma Department of Corrections, and I serve as the Warden of Jess Dunn Correctional Center.

2. I served as the Warden of the Eddie Warrior Correctional Center (EWCC) from November 1, 2012 until April 1, 2019, when I became Warden of Jess Dunn Correctional Center.

3. In March of 2019, I became aware of rumors that Inmate Laurie Garland was fraternizing with Deputy Warden Christopher Redeagle and that Redeagle had allegedly given Garland panties.

4. I therefore instructed EWCC Chief of Security Bryan Cox to conduct an inquiry into these rumors.

5. Both Redeagle and Garland denied engaging in any inappropriate conduct during the course of this inquiry.

6. I believed that Laurie Garland and Christopher Redeagle were being truthful when they denied engaging in any inappropriate conduct with each other.

7. Laurie Garland never informed me - in person, through a Request to Staff or otherwise - that she was being sexually harassed or sexually assaulted by Christopher Redeagle.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this __14th__ day of September, 2021.

*Sharon L McCoy*
**Sharon McCoy**
**AFFIANT**

The foregoing instrument was acknowledged before me this _____ day of September, 2021.

My Commission Expires: _____   My Commission Number: _____

DEFENDANT'S EXHIBIT
**6**

Page 1 of 1