C36



**State of Oklahoma**
**Office of Management &**
**Enterprise Services**
**Human Capital Management Division**

**HCM-14**
**Request for Personnel Action**

Agency Name and Number: Oklahoma Department of Corrections, #131      Current Date: 3/28/2019

Approval of the following action is requested for (include Last name, full First name and middle initial).
McCoy, Sharon L.

| SS# (New Hires Only): | Employee ID: 127797 | Effective Date: 3/18/2019 |
|---|---|---|
| **APPOINTMENTS:** | **SEPARATIONS:** | **CHANGES:** |
| ☐ Initial Probationary<br>State Certificate No: ____<br>☐ Transfer Interagency<br>☐ Reinstatement<br>  ☐ Probationary *<br>  ☐ Permanent<br>☒ Unclassified: By Law (Cite Authority in Remarks)<br>☐ Temporary<br>☐ Direct Hire Authority<br><br>* OP-110235, Attachment F, required (attach signed copy) | ☐ Resignation<br>☐ Discharge<br>  ☐ Probationary<br>☐ Reduction in Force (Letter Required)<br>☐ Transfer Interagency<br>☐ Expiration of Appointment<br>☐ Retirement<br>☐ Death | ☐ Performance Pay<br>☐ Salary Adjustment<br>☐ Promotion: Trial Period Required<br>  ☐ Yes<br>  ☐ No<br>☐ Voluntary Demotion (Letter Required)<br>☐ Demotion<br>☐ Transfer Within Agency<br>☐ Detail to Special Duty<br>☐ Expiration of Detail to Special Duty<br>☐ Probationary Period Adjustment (Letter Required)<br>☐ Name Change |
| ☐ Application Attached | ☐ Application on File at HCM | Date of Last Service Review: |

| LEAVE: Specify Duration: | | |
|---|---|---|
| ☐ Sick Leave Without Pay<br>☐ Leave Without Pay<br>☐ Return From Leave | ☐ Military Leave With Pay<br>☐ Military Leave Without Pay<br>☐ Suspension With Pay (Letter Required) | ☐ Suspension Without Pay<br>☐ Return from Suspension<br>☐ Other (Explain in Remarks Section) |

| Current | HCM Code & Title | Proposed |
|---|---|---|
| ✓ Warden, 1176 | HCM Code & Title | ✓ Warden, 1176 |
| ✓ EWCC / 1611100 / 101 | Unit / Dept ID / Claim Group | ✓ JDCC / 0111100 / 100 |
| ✓ UNC / $5,412.69 | Pay Band / Salary | ✓ UNC / $5,412.69 |
| ✓ 13103437      98EW | PIN # / WLOC Code | 13100641      32JD |
| | Is this a Supervisory Position? Check One: | ☒ YES   ☐ NO |

**Remarks:**

No 92 required per Executive Order 2019-3.

Employee resigns current unclassified appointment to accept new unclassified appointment, per 74 O.S. 840-5.11. All benefits to remain the same.

RDO; S/S

M1E
8310
EST

| Employed by this Agency From: | To: |
|---|---|
| Signature: [signed] | Date: 4-9-19 |
| Appointing Authority/Title | |
| Signature: Tina Hicks | Director, Administration   Date: 4-10-19 |
| Division Chief or Department/Title | |
| Betty M. Sterri W. | |

OMES – HCM 014
Revised: HCM 05/14 (DOC 04/17)

Done

**DEFENDANT'S EXHIBIT 9**