**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Attachment F
OP-030601

# OKLAHOMA PRISON RAPE ELIMINATION ACT (PREA) STAFF TRAINING ACKNOWLEDGEMENT (115.31)

The Prison Rape Elimination Act prohibits and seeks to eliminate sexual assaults and sexual harassment in correctional facilities in an effort to provide a safe, humane, and secure environment for all inmates. The Oklahoma Department of Corrections administers a program of education, prevention, detection, response, investigation and tracking of all reported acts of sexual assault and sexual harassment.

Staff PREA training shall include the following, at a minimum:

- ✓ The Oklahoma Department of Corrections zero-tolerance policy for sexual abuse and sexual harassment

- ✓ Employee responsibilities pertaining to agency policies regarding sexual abuse and sexual harassment prevention, detection, reporting, and response

- ✓ Inmate's right to be free from sexual abuse and sexual harassment

- ✓ Employee and inmate's right to be free from retaliation for reporting sexual abuse and sexual harassment

- ✓ Staff may privately report allegations or incidents of sexual abuse/assault or harassment (staff or inmate) to the Inspector General's office, PREA Hotline at 405-425-2493 or 1-855-871-4139, as well as preareport@doc.ok.gov. (115.51, 115.251)

- ✓ The dynamics of sexual abuse and sexual harassment in confinement

- ✓ The common reactions of sexual abuse and sexual harassment victims

- ✓ How to detect and respond to signs of threatened and actual sexual abuse

- ✓ How to avoid inappropriate relationships with inmates

- ✓ How to communicate effectively and professionally with inmates, including lesbian, gay, bisexual, transgender, intersex, or gender nonconforming inmates

- ✓ How to comply with relevant laws related to mandatory reporting of sexual abuse to outside authorities

In signing this document, I acknowledge that I received PREA training and understand the information stated above.

Name: (Print) Chris Redeagle   (Sign) [signature]

Employee ID Number: 130323   Date: 3-19-

Original to Employee Training File

OAG/Garland v DOC/CIV-20-306-RAW (ED)

DEFENDANT'S EXHIBIT 12