## AFFIDAVIT OF PENNY LEWIS

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

I, Penny Lewis, the undersigned, being duly sworn, depose and state:

1. I am currently employed with the Oklahoma Department of Corrections.

2. I serve as the Chief Administrator of the Auditing and Compliance Unit.

3. I do not monitor, oversee, enforce or investigate compliance with the Oklahoma Department of Corrections' Prison Rape Elimination Act policy at OP-030601.

4. I have not ever had administrative or supervisory authority over Sharon McCoy or Christopher Redeagle.

5. I was not aware that Laurie Garland was incarcerated at Eddie Warrior Correctional Center in 2018 and 2019 or that she was allegedly sexually harassed and/or sexually assaulted during this time frame.

6. The Auditing and Compliance Unit conducted Operational Audits of Eddie Warrior Correctional Center in 2018, 2019 and 2020 and I am familiar with the contents and findings of these audits. While deficiencies were noted, the audits findings did not indicate that EWCC was being operated in a manner that was dangerous to inmates or staff. The deficiencies cited were responded to with plans of action, which indicated efforts toward compliance with operational competencies.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated this 13th day of September, 2021.

_____
Penny Lewis
AFFIANT

The foregoing instrument was acknowledged before me this 13th day of September, 2021.

My Commission Expires: 09/14/2022

My Commission Number: 18009293

*(Notary seal: Rabekka Leigh Mooneyham, Notary Public, State of Oklahoma, #18009293, Exp. 09/14/22)*

Page 1 of 1

DEFENDANT'S EXHIBIT 13