## AFFIDAVIT OF RABEKKA MOONEYHAM

STATE OF OKLAHOMA    )
                     )  ss.
COUNTY OF TULSA      )

I, Rabekka Mooneyham, the undersigned, being duly sworn, depose and state:

1. I am currently employed with the Oklahoma Department of Corrections.

2. I served as an Administrative Program Officer II for the Auditing and Compliance Unit in 2018. In 2021, I became the Division Support Coordinator for the Auditing and Compliance Unit.

3. Between 2018 and 2021, my job duties have included scheduling hotel rooms for unit staff, sending policies to the agency Director for signature, paying invoices and handing miscellaneous financial and administrative matters for the Auditing and Compliance Unit. However, due to a recent change in my job duties, I am no longer responsible for sending policies to the agency Director for signature.

4. I do not create or enforce policies for the Oklahoma Department of Corrections.

5. I do not conduct investigations for the Oklahoma Department of Corrections.

6. I do not audit prisons of the Oklahoma Department of Corrections.

7. I do not monitor, oversee or enforce compliance with the Oklahoma Department of Corrections' Prison Rape Elimination Act policy.

8. I do not have any authority over staff or inmates at Eddie Warrior Correctional Center, nor do I have any responsibility for overseeing or reviewing the day-to-day operations of the Eddie Warrior Correctional Facility.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated this 8th day of September, 2021.

*Rabekka Mooneyham*
**Rabekka Mooneyham**
**AFFIANT**

The foregoing instrument was acknowledged before me this 8 day of September, 2021.

My Commission Expires: 8-5-2022

My Commission Number: 10006334

DEFENDANT'S EXHIBIT
14