CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

4416







DEFENDANT'S
EXHIBIT

15

OAG/Garland v DOC/CIV-20-306-RAW (ED)