IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

```
(1) LAURIE GARLAND, an            )
    individual,                   )
                                  )
       Plaintiff,                 )
                                  )
-vs-                              )No. CIV-2020-206-RAW
                                  )
(1) STATE OF OKLAHOMA EX REL      )
    OKLAHOMA DEPARTMENT OF        )
    CORRECTIONS                   )
(2) CHRISTOPHER REDEAGLE,         )
    individually                  )
(3) SHARON McCOY, individually    )
(4) JOE ALLBAUGH, individually    )
(5) PENNY LEWIS, individually     )
(6) RABEKAH MOONEYHAM,            )
    individually                  )
(7) HEATHER CARLSON,              )
    individually                  )
(8) BOARD OF CORRECTIONS          )
                                  )
       Defendants.                )
```



DEPOSITION OF CHRISTOPHER REDEAGLE

TAKEN ON BEHALF OF THE PLAINTIFF

IN TULSA, OKLAHOMA

On JULY 14, 2021

REPORTED BY:  KASEY D. EGELSTON, CSR



METROPOLITAN BUILDING
400 North Walker, Suite 160
Oklahoma City, OK 73102
405-235-4106

MID-CONTINENT TOWER
401 South Boston, Suite 310
Tulsa, OK 74103
918-599-0507

depo@drreporting.com

REPORTING & VIDEO

DEFENDANT'S EXHIBIT 16

Page 115

1      A    No.
2      Q    Did you ever talk about her kids or where
3   she went to school or anything like that?
4      A    No.
5      Q    Was Warden McCoy gone a lot during
6   February, March of 2019?
7      A    Not that comes to mind.  I mean, nothing --
8      Q    Okay.  When you were interviewed by Randy
9   Knight, do you remember that interview?
10     A    Yes.
11     Q    Were you expecting it?
12     A    No.
13     Q    Was it a surprise when it actually
14  happened?
15     A    Yeah.
16     Q    I'm trying to look at the date.  Was it
17  April 2nd or 3rd, something like that?
18     A    Something like that, yes.
19     Q    Here it is.  April 3, 2019; is that right?
20     A    Yes.
21     Q    It looks like he showed up in the morning.
22  Does that comport with your memory?
23     A    Yes.
24     Q    You didn't expect -- you were completely
25  unaware; right?

```
                                                            Page 170
 1      Q    Okay.  Was Warden McCoy the faculty
 2   director at the Eddie Warrior Correctional Center?
 3            MS. HAWKINS:  Object to form.
 4      Q    (By Mr. Dalton)  Do you know?
 5      A    I don't know.  I've never heard of that
 6   term.
 7      Q    Warden McCoy's leadership style was -- you
 8   said she held people accountable -- accountability.
 9   Was she hands-on?
10      A    What do you mean hands-on?
11      Q    Would she walk through and show you how she
12   wanted a job done?  Would she look to see how things
13   were being done and then show somebody the proper
14   way to do it, or was she more delegating?
15      A    No.  She would walk you through and tell
16   you.  She wouldn't do it.  But yeah, she would tell
17   you what she wanted done.
18      Q    Did she walk through and tell you how she
19   wanted things done daily, weekly, monthly?
20      A    Probably more monthly.
21      Q    Okay.  Did she maintain a system of records
22   on a regular basis?  Was she good about keeping up
23   with the records she had to keep?
24      A    I don't know.  I didn't supervise her.
25      Q    Was she absent with any regularity during
```

Christopher Redeagle                                July 14, 2021

Page 171

```
 1   2018?
 2      A   No.
 3      Q   Was she getting ready to transfer to
 4   another facility?  To Jess Dunn, maybe?
 5      A   Not really.  She wasn't getting ready to.
 6   They just told her one day that you're going over
 7   there.
 8      Q   During that time was she gone at Jess Dunn
 9   a bunch or was she still at Eddie Warrior all the
10   time?
11      A   No.  She was --
12      Q   Eddie Warrior?
13      A   Eddie Warrior, yeah.
14      Q   In your mind, she was at Eddie Warrior just
15   as much in 2018, as she had been -- or '19, that she
16   had been in '18 and the year before?
17      A   Yes.
18      Q   She didn't -- did she have any reason to
19   leave the facility with any regularity?  Or was she
20   at the facility most of the time?
21      A   No.  She was there most of the time.  Eight
22   hours a day.
23      Q   Okay.  Non-routine incidents are supposed
24   to be written up by all staff; correct?
25      A   The staff who witnessed it.
```