# AFFIDAVIT

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF OKLAHOMA   )

I, Mark Knutson, the undersigned, being duly sworn, depose and state:

1. That I am employed with the Oklahoma Department of Corrections and I am currently employed as the Manager of the Administrative Review Authority (ARA) at the Department of Corrections Administrative Offices, 3400 Martin Luther King, Oklahoma City, Oklahoma 73111.
2. The Department of Corrections grievance process provides for a formal two stage and an informal process. The formal process is first to the reviewing authority, then with an appeal of that decision to the office of the ARA. Should an inmate desire to file a grievance or appeal out of time the process also provides an opportunity to seek permission to file out of time.
3. In addition, if the inmate has not received a response to the grievance in 30, but no later than 60, calendar days of submission, the inmate may file a grievance to the ARA. The grievance may only assert the issue of the lack of response from the reviewing authority.
4. The Department of Corrections grievance process also provides that a grievance or appeal that contains any errors in the filing process will be unanswered and the inmate will be notified to correct the errors within 10 days of receipt of the notice. The grievance process further provides that if the inmate fails to correct the errors and/or properly resubmit, the grievance or appeal will not be answered and the inmate will have waived/forfeited the opportunity to proceed in the process.
5. That in my position I have access to the inmate grievance records maintained at ARA.
6. That I have reviewed ARA records for Garland, Laurie #712727.
7. ARA has not received a grievance or a grievance appeal from inmate Garland regarding being sexually assaulted and harassed by Deputy Warden Redeagle at the Eddie Warrior Correctional Center (EWCC).
8. ARA has not received a grievance or a grievance appeal from inmate Garland regarding the employees of the Department of Corrections failure to protect inmate Garland from PREA violations.
9. ARA has not received a grievance or grievance appeal from inmate Garland regarding the Department of Corrections failure to implement policies and procedures to protect female inmates.
10. ARA has not received a grievance or grievance appeal from inmate Garland regarding any other issues.
11. Inmate Garland has not exhausted her administrative remedies with ARA.

On this 9th day of September, 2021

_____
Mark Knutson, AFFIANT

Subscribed and sworn to before me, the undersigned Notary Public in and for the county of Oklahoma and state above named, on this _9th_ day of _September_, 2021.

[Notary seal: AMANDIA CALLEN, NOTARY PUBLIC, No. 15004670, EXP. 5/19/2023, STATE OF OKLAHOMA]

DEFENDANT'S EXHIBIT 18