# EXHIBIT EIGHTEEN

# FILED UNDER SEAL