IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

LAURIE GARLAND, an individual,  )
                                )
            Plaintiff           )
                                )
v.                              ) CIV-2020-306-RAW
                                )
STATE OF OKLAHOMA EX REL        )
OKLAHOMA DEPARTMENT OF          )
CORRECTIONS, CHRISTOPHER        )
REDEAGLE, individually; SHARON  )
MCCOY, individually; JOE        )
ALLBAUGH, individually; PENNY   )
LEWIS, individually; RABEKAH    )
MOONEYHAM, individually;        )
HEATHER CARLSON, individually;  )
BOARD OF CORRECTIONS,           )
                                )
            Defendants.         )

DEPOSITION OF

PENNY SUE LEWIS

HELD IN TULSA, OKLAHOMA

ON JULY 9TH, 2021


Prepared by:  DEBORAH S. (DEBI) REINHARDT, CCR, CSR

Page 7

```
 1        A.   The job title, I am the admin- -- chief
 2   administrator of auditing and compliance.
 3        Q.   And how long have you had that job?
 4        A.   Since 1997.  It --
 5        Q.   Twenty-some years.
 6        A    Titles have changed.
 7        Q.   Okay.
 8        A.   And duties have changed throughout time.
 9        Q.   Okay.  Well, the case I'm here on is a civil
10   rights, sexual abuse, sexual harassment case.
11        Are you aware of that?
12        A.   Yes.
13        Q.   Okay.  Would you be in charge of auditing
14   and compliance of the PREA Act?
15        A.   No.
16        Q.   Would you be in charge of compliance and
17   auditing of how the Eddie Warrior Correctional
18   Center is run?
19        A.   Operationally?
20        Q.   Uh-huh.
21        A.   Yes.
22        Q.   Okay.  Just in a nutshell, tell me what your
23   job entails.
24        A.   We inspect facilities by compliance with
25   agency policy, oper- -- for operational functions.
```

Page 17

1    Q.  Just getting -- your -- your compliance unit
2  is to make sure that correctional facilities are in
3  compliance with existing policy, is that right, or
4  law?
5    A.  Yeah.  As -- we have specific things
6  operationally.  If it's a physical plant, life
7  safety, those are the things that we -- we assess.
8    Q.  Okay.  I'm sure I'm going over very basic
9  stuff to you, but I'm just trying to get a framework
10 for my brain.
11   A.  Oh, that's fine.
12   Q.  Okay.  So I've I handed you Plaintiff's
13 Exhibit Number 1.
14   A.  Uh-huh.
15   Q.  Do you see on the bottom right there's Bates
16 stamps 6017?
17   A.  Correct.
18   Q.  Okay.  If I turn to the 6072, it's called a
19 summary.  There's -- midway down there's a table.
20 It says, competency.  Is this talking about who the
21 actual auditor was for these one, two, three, four,
22 five, six -- six -- six areas?
23   A.  Yes.
24   Q.  Okay.  And these people, these auditors,
25 they all work under you or in your department?

```
 1    that's the facility's portion.
 2        Q.   Okay.  Okay.  If I go back to, let me see,
 3    6073, which is the summary of findings --
 4        A.   Um-hm.
 5        Q.   -- he's going over administration, armory,
 6    and CERT.
 7        Do any of these pertain to PREA?
 8        A.   No.
 9        Q.   Okay.  So there's no auditing as far as if
10    any sort of sexual harassment or sexual abuse is
11    occurring?
12        A.   Not from my unit.
13        Q.   Not from your unit.  Is there a different
14    unit that would be auditing that?
15        A.   Yes.  Yes.
16        Q.   Okay.  And who would that be?
17        A.   It's the PREA unit.
18        Q.   Do you know who heads up the PREA unit?
19        A.   Oversight is general counsel.  The actual
20    administrator is Carla Braggs.
21        Q.   Carla?
22        A.   B-R-A-G-G-S.
23        Q.   Okay.  The fourth one down says control of
24    contraband and physical evidence.
25        A.   Yes.
```

                                                              Page 26

1        A.  Okay.  Well, I'm gonna have to hold it.
2            To encourage informal contact with seven inmates
3    and to observe living and working conditions as well
4    as ensure facility safety and sanitation are
5    maintained, the facility head, assistant facility
6    head, chief of security, and designated department
7    heads, as specified in local procedures, will
8    conduct weekly visits to areas to be inspected,
9    including inmate living, work/industry, food
10   service, program, and additional areas as designated
11   by the facility head.
12       Q.  Okay.  So the administration of the Eddie
13   Warrior Correctional Center, they're supposed to go
14   around and informally talk to people though, staff
15   and inmates, to kind of observe what's going on; is
16   that correct?
17       A.  Yes.
18       Q.  Okay.  There was the finding here that there
19   was no documentation showing that all areas -- areas
20   of the facility have been visited by the faculty
21   head, deputy, or chief.
22           Do you see that?
23       A.  Yes.
24       Q.  I can't tell whether that means that it was
25   done, it just wasn't reported?

Page 27

1    Can you -- can you tell whether it was done or
2    not done?
3        A.   No.
4        Q.   Okay.  If we wanted to find out more on
5    that, would we have to ask for -- or what would we
6    ask for to find out on that?
7                MS. HAWKINS:  Object to form.
8                THE WITNESS:  I'm trying to --
9    I'm trying to think of a document that would show
10   you that.  Let me read their plan of action real
11   quick.
12       Q.   (MR. DALTON:)  Sure.
13       A.   Um, they -- they have -- I don't know that
14   we would find it on my side, but a request for a
15   tour log or a log may be of assistance.
16       Q.   If we just look at the corrective action, it
17   looks like starting July 31st of '18 they're going
18   to start completing documentation.  And it looks
19   like then they're gonna start scheduling weekly
20   tours of the facility between the three -- three
21   administrators.
22       Does that look like what they're gonna do?
23       A.   That was their response.
24       Q.   They're basically saying, "We're gonna start
25   doing this more if all three of them do it weekly?"