IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) L LAURIE GARLAND., an individual<br>        Plaintiff,<br>v.<br><br>(1) STATE OF OKLAHOMA EX REL<br>OKLAHOMA DEPARTMENT OF<br>CORRECTIONS,<br>(2) CHRISTOPHER REDEAGLE, individually,<br>(3) SHARON MCCOY, individually,<br>(4) JOE ALLBAUGH, Individually,<br>(5) PENNY LEWIS, Individually,<br>(6) RABEKAH MOONEYHAM, individually,<br>(7) HEATHER CARLSON, individually,<br>(8) BOARD OF CORRECTIONS,<br>        Defendants. | Case No. CIV 2020-306-RAW |

## STIPULATION OF PARTIAL DISMISSAL

COMES NOW the Plaintiff, Laurie Garland, and in accordance with F.R.C.P. Rule 41(a)(1)(A)(ii) by this stipulation of the parties to this action, dismisses Defendant Joe Allbaugh from these proceedings without prejudice to the filing of a future claim.

/s  E.W. Keller
E. W. Keller   OBA# 4918
Keller, Keller & Dalton PC
201 Robert S. Kerr, Suite 1001
Oklahoma City, OK 73102
(405) 235-6693
(405) 232-3301  Facsimile
E-mail – kkd.law@coxinet.net
ATTORNEY FOR PLAINTIFF


/s/ Anthony L. Allen
Anthony L. Allen  OBA# 19738
106 S. Okmulgee Ave.
Okmulgee, OK  74447
1-800-409-1915

1-888-397-3643  Facsimile
E-mail – tony@anthonylallen.com
ATTORNEY FOR REDEAGLE


/s/ Jessica Wilkes
Jessica Wilkes OBA# 34823
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK  73105
405-521-3921
405-521-4518   Facsimile
E-Mail – kari.hawkins@oag.ok.gov
ATTORNEY FOR ODOC, BOC, MCCOY
LEWIS, MOONEYHAM AND CARLSON