# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)L LAURIE GARLAND., an individual )<br>Plaintiff, )<br>v.                                                                 ) Case *No. CIV 2020-306-JWB*<br>                                                                       )<br>(1) STATE OF OKLAHOMA EX REL               )<br>OKLAHOMA DEPARTMENT OF                  )<br>CORRECTIONS,                                            )<br>(2) CHRISTOPHER REDEAGLE, individually )<br>(3) SHARON MCCOY, individually               )<br>(4) JOE ALLBAUGH, Individually                 )<br>(5) PENNY LEWIS, Individually                    )<br>(6) BOARD OF CORRECTIONS                    )<br>Defendants                                                    ) | |

## PLAINTIFF'S APPLICATION FOR LEAVE TO SUPPLEMENT TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff and asks for leave of Court to file the attached three (3) page Supplement to Response to Defendant's Motion for Summary Judgment.

In support the Plaintiff offers the following:

1. Plaintiff filed a Response to Defendant's Motion for Summary Judgment on September 27, 2021.  [Doc 71].
2. Defendant, Warden McCoy was deposed on August 25, 2022 and provided additional information as to events which occurred.
3. Plaintiff seeks leave to file a Supplement to incorporate additional facts gleaned from Defendant McCoy's recent deposition and testimony.
4. Defendants have been contacted and object to this supplemental response.

WHEREFORE, Plaintiff prays for leave to file the attached Supplement to Plaintiff's Response to Motion for Summary Judgment.

/S/E. W. KELLER

E. W. KELLER   OBA#  4918  
HENRY DALTON  OBA#15749  
KELLER, KELLER & DALTON PC  
201 Robert S. Kerr, Suite 1001  
Oklahoma City, Oklahoma 73102  
(405) 235-6693  
(405) 232-3301  Facsimile  
E-Mail – kkd.law@coxinet.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2022, I mailed a full and complete copy of the above and foregoing instrument to the following:

Jessica A. Wilkes  
Assistant Attorney General  
313 NE 21st Street  
Oklahoma City, OK  73105

Anthony L. Allen  
106 S. Okmulgee Avenue  
Okmulgee, OK  74447

/S/ E. W. KELLER