HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

I, Laurie Garland, have never had any inappropriate dealings with Deputy Warden, Mr. Chris Redeagle. He has not brought any items, namely undergarments, into me at this facility. In addition, we (Mr. Redeagle and myself) have never eaten together nor had any beverages in mixed company with one another. Mr. Redeagle has been assisting with a "property issue" that was unresolved since November 2018. He has always been professional and our dealings have remained in regards to business at hand.

Also, I was approached by Inmate Julia Woolsey in regards to her being told I was speculated as spending too much time in the company of Mr. Redeagle at my job approximately two weeks ago.

I have met with Mr. Redeagle two to three times in his office over the property issue.

Laurie Garland

March 19th, 2019

OAG/Garland v DOC/CIV-20-306-RAW (ED)            5860