IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)L LAURIE GARLAND., an individual<br>    Plaintiff, | )<br>) |
| v. | ) Case *No. CIV 2020-306-JWB* |
| | ) |
| (1) STATE OF OKLAHOMA EX REL<br>OKLAHOMA DEPARTMENT OF<br>CORRECTIONS,<br>(2) CHRISTOPHER REDEAGLE, individually<br>(3) SHARON MCCOY, individually<br>(4) JOE ALLBAUGH, Individually<br>(5) PENNY LEWIS, Individually<br>(6) BOARD OF CORRECTIONS<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OBJECTION AND MOTION TO
AMEND PRETRIAL CONFERENCE ORDER.**

COMES NOW the Plaintiff and pursuant to Rules of Practice of the United States District Court for the District of Kansas, Rule 16.2 and asks this Court to Amend the Pretrial. Conference Order [Doc 108] due to Plaintiff's objection and Scribner's errors as follows:

In support the Plaintiff offers the following:

1. **Objection** Pg. – 2 - Plaintiff objections to Footnote 1 as stated and feels as it should state:
". . . United States Supreme Court. . . **Defendants contend** that exhaustion is a mandatory pre-requisite that requires a court to dismiss a case when not met. . . (2016), **and that** Courts do not have discretion . . . "

2. **Scribner Error** - Pg. 14, first line should read:   Plaintiff **did not** suffer any.
3. **Scribner Error** - Pg. 15 - **#5** should be omitted;
4. **Pg. 16** - **Under After Pretrial Conference parties intend to file the following Motions:** - Paragraph should be deleted – Plaintiff has already filed the supplemental response to Defendant's Motion for Summary Judgment.

5. Counsels for the Defendants have been contacted and do not have any objections to said objection and changes to the Pretrial Conference Order.

WHEREFORE, Plaintiff prays this Court note Plaintiff's objection and amend to fix Scribner errors.

/S/E. W. KELLER

E. W. KELLER   OBA# 4918
HENRY DALTON   OBA#15749
KELLER, KELLER & DALTON PC
201 Robert S. Kerr, Suite 1001
Oklahoma City, Oklahoma 73102
(405) 235-6693
(405) 232-3301   Facsimile
E-Mail – kkd.law@coxinet.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2022, I mailed a full and complete copy of the above and foregoing instrument to the following:

Jessica A. Wilkes
Assistant Attorney General
313 NE 21st Street
Oklahoma City, OK  73105

Anthony L. Allen
106 S. Okmulgee Avenue
Okmulgee, OK  74447

/S/ E. W. KELLER