AO 133    (Rev. 12/09)   Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |  |
|---|---|---|---|
|  | ) |  |  |
|  | ) |  |  |
| v. | ) | Case No.: |  |
|  | ) |  |  |
|  | ) |  |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $ _____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .    _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .    _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

TOTAL    $ _____

*SPECIAL NOTE:*   Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

❏   Electronic service          ❏   First class mail, postage prepaid

❏   Other: _____

     s/ Attorney: _____

        Name of Attorney: _____

For: _____     Date: 11/22/2022
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

| _____ | By: | _____ | _____ |
|---|---|---|---|
| *Clerk of Court* | | *Deputy Clerk* | *Date* |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Date** | **Attorney** | **Cost For** | **Amount** |
| 2 | 5/19/2021 | Defendant | Certified Copy of Deposition Transcript of Randy Knight | $ 309.00 |
| 3 | 7/2/2021 | Plaintiff | Certified Copy of Deposition Transcript of Bryan Cox | $ 285.14 |
| 4 | 7/2/2021 | Defendant* | Mileage to D&R Reporting in Tulsa for Plaintiff's Deposition of Brian Cox | $ 116.48 |
| 5 | 7/6/2021 | Defendant | Original and Certified Copy of Deposition Transcript of Laurie Garland | $ 1,382.09 |
| 6 | 7/9/2021 | Plaintiff | Certified Copy of Deposition Transcript of Penny Lewis | $ 163.00 |
| 7 | 7/9/2021 | Defendant* | Mileage to D&R Reporting in Tulsa for Plaintiff's Deposition of Penny Lewis | $ 116.48 |
| 8 | 7/14/2021 | Plaintiff | Certified Copy of Deposition Transcript of Christopher Redeagle | $ 478.99 |
| 9 | 8/25/2022 | Plaintiff | Certified Copy of Deposition Transcript of Sharon McCoy | $ 363.00 |
| 10 | 8/25/2022 | Defendant** | Mileage to McAlester for Plaintiff's Deposition of Sharon McCoy | $ 161.00 |
| 11 | **TOTAL COSTS** | | | **$ 3,375.18** |
| 12 | | | | |
| 13 | | *milege for the depositions of Bryan Cox and Penny Lewis were figured at the IRS Rate of .56 per mile x 208 miles (round trip) | | |
| 14 | | | | |
| 15 | | ** mileage for the deposition of Sharon McCoy was figured at the IRS Rate of .62 per mile x 260 miles (round trip) | | |
| 16 | | | | |

**Exhibit 1**

*Leesa Thompson*

# INVOICE

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128996 | 7/27/2021 | 36652 |

| Job Date | Case No. |
|---|---|
| 7/14/2021 | |

| Case Name |
|---|
| Garland v. State of OK |

| Payment Terms |
|---|
| Due upon receipt |

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Christopher Redeagle

478.99

**TOTAL DUE  >>>**                                    **$478.99**

Location of Job     D & R - Tulsa
                    401 S. Boston Ave., Ste 310
                    Tulsa, OK 74103

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 478.99 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

---

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

Invoice No.    : 128996
Invoice Date   : 7/27/2021
**Total Due**      : **$0.00**

Remit To:  **D&R Reporting & Video, Inc.**
           **Metropolitan Building**
           **400 N. Walker**
           **Suite 160**
           **Oklahoma City, OK 73102**

Job No.      : 36652
BU ID        : 1-MAIN
Case No.     :
Case Name    : Garland v. State of OK

# I N V O I C E

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128996 | 7/27/2021 | 36652 |

| Job Date | Case No. |
|---|---|
| 7/14/2021 | |

| Case Name |
|---|
| Garland v. State of OK |

| Payment Terms |
|---|
| Due upon receipt |

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Christopher Redeagle

478.99

**TOTAL DUE  >>>**                                  **$478.99**

Location of Job   :  D & R - Tulsa
                      401 S. Boston Ave., Ste 310
                      Tulsa, OK 74103

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

---

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

| | |
|---|---|
| Invoice No. | : 128996 |
| Invoice Date | : 7/27/2021 |
| **Total Due** | : **$478.99** |

Remit To: **D&R Reporting & Video, Inc.**
           **Metropolitan Building**
           **400 N. Walker**
           **Suite 160**
           **Oklahoma City, OK 73102**

| | |
|---|---|
| Job No. | : 36652 |
| BU ID | : 1-MAIN |
| Case No. | : |
| Case Name | : Garland v. State of OK |

# STATEMENT

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Account No. | Date |
|---|---|
| C7116 | 8/20/2021 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $478.99 | $0.00 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$478.99** |

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 7/27/2021 | 128996 | 478.99 | 36652 | 7/14/2021 | Christopher Redeagle | Garland v. State of OK |

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

Account No. : C7116
Date        : 8/20/2021

**Total Due**  : **$478.99**

Remit To:  **D&R Reporting & Video, Inc.**
           **Metropolitan Building**
           **400 N. Walker**
           **Suite 160**
           **Oklahoma City, OK 73102**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

```
(1) LAURIE GARLAND, an        )
    individual,               )
                              )
    Plaintiff,                )
                              )
-vs-                          )No. CIV-2020-206-RAW
                              )
(1) STATE OF OKLAHOMA EX REL  )
    OKLAHOMA DEPARTMENT OF     )
    CORRECTIONS               )
(2) CHRISTOPHER REDEAGLE,     )
    individually             )
(3) SHARON McCOY, individually )
(4) JOE ALLBAUGH, individually )
(5) PENNY LEWIS, individually  )
(6) RABEKAH MOONEYHAM,        )
    individually             )
(7) HEATHER CARLSON,          )
    individually             )
(8) BOARD OF CORRECTIONS      )
                              )
    Defendants.              )
```



DEPOSITION OF CHRISTOPHER REDEAGLE

TAKEN ON BEHALF OF THE PLAINTIFF

IN TULSA, OKLAHOMA

On JULY 14, 2021

REPORTED BY:  KASEY D. EGELSTON, CSR



**METROPOLITAN BUILDING**
**400 North Walker, Suite 160**
**Oklahoma City, OK 73102**
**405-235-4106**

**MID-CONTINENT TOWER**
**401 South Boston, Suite 310**
**Tulsa, OK 74103**
**918-599-0507**

depo@drreporting.com

**REPORTING & VIDEO, INC.**

Christopher Redeagle                                    July 14, 2021

```
                                                      Page 2
 1                  A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3              E.W. KELLER
                HENRY DALTON
 4              Attorneys at Law
                KELLER, KELLER & DALTON, PC
 5              201 Robert S. Kerr, Suite 1001
                Oklahoma City, Oklahoma 73102
 6              kkd.law@coxinet.net

 7    FOR THE DEFENDANTS:

 8              KARI HAWKINS
                JEB JOSEPH
 9              Attorneys at Law
                Assistant Attorney General
10              313 Northeast 21st Street
                Oklahoma City, Oklahoma 73105
11
      FOR THE DEFENDANT CHRISTOPHER REDEAGLE:
12
                ANTHONY L. ALLEN
13              Attorney at Law
                ANTHONY ALLEN & ASSOCIATES
14              106 South Okmulgee Avenue
                Okmulgee, Oklahoma 74447
15              tony@anthonylallen.com

16    ALSO PRESENT:

17              Breann Johnson, Legal Intern

18

19

20

21

22

23

24

25
```

Christopher Redeagle                                July 14, 2021

Page 3

1                  C O N T E N T S

2                                                    PAGE

3    Stipulations. . . . . . . . . . . . . .      4

4    Direct Examination by Mr. Dalton. . . . . .     5

5    Cross Examination by Ms. Hawkins. . . . . .   201

6    Reporter's Certificate. . . . . . . . . . .   204

7

8              Plaintiff's Index of Exhibits

9    Exhibit Number 1   Photographs. . . . . . . . .  74

10   Exhibit Number 2   Camera Activity Log. . . . .  78

11   Exhibit Number 3   Statement from Mr. Redeagle. .  96

12   Exhibit Number 4   Incident/Staff Report. . . . .  97

13   Exhibit Number 5   Statement from Crystal Covalt. 100

14   Exhibit Number 6   Incident/Staff Report. . . . . 104

15   Exhibit Number 7   Email from Rachel Vernon . . . 107

16   Exhibit Number 8   Statement from Laurie Garland. 109

17   Exhibit Number 9   Resignation Letter . . . . . . 112

18   Exhibit Number 10 Felony Warrant . . . . . . . . 143

19   Exhibit Number 11 Letters to Laurie Garland. . . 146

20   Exhibit Number 12 Cards to Laurie Garland. . . . 150

21   Exhibit Number 13 Letters to Laurie Garland. . . 153

22

23

24

25

*Leesa Thompson*

# INVOICE

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128983 | 7/26/2021 | 36547 |

| Job Date | Case No. |
|---|---|
| 7/9/2021 | |

| Case Name |
|---|
| Garland v. Redeagle |

| Payment Terms |
|---|
| Due upon receipt |

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Penny Lewis

163.00

**TOTAL DUE  >>>**      **$163.00**

Location of Job   : D & R - Tulsa
                401 S. Boston Ave., Ste 310
                Tulsa, OK 74103

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 163.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

Invoice No.   : 128983
Invoice Date  : 7/26/2021
**Total Due**   : **$0.00**

Remit To:  **D&R Reporting & Video, Inc.**
             **Metropolitan Building**
             **400 N. Walker**
             **Suite 160**
             **Oklahoma City, OK 73102**

Job No.     : 36547
BU ID      : 1-MAIN
Case No.   :
Case Name  : Garland v. Redeagle

# INVOICE

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128983 | 7/26/2021 | 36547 |

| Job Date | Case No. |
|---|---|
| 7/9/2021 | |

| Case Name |
|---|
| Garland v. Redeagle |

| Payment Terms |
|---|
| Due upon receipt |

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Penny Lewis

                                  163.00

**TOTAL DUE  >>>**           **$163.00**

Location of Job    D & R - Tulsa
                   401 S. Boston Ave., Ste 310
                   Tulsa, OK 74103

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

---

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

| | |
|---|---|
| Invoice No. | : 128983 |
| Invoice Date | : 7/26/2021 |
| **Total Due** | : **$163.00** |

Remit To:  **D&R Reporting & Video, Inc.**
              **Metropolitan Building**
              **400 N. Walker**
              **Suite 160**
              **Oklahoma City, OK 73102**

| | |
|---|---|
| Job No. | : 36547 |
| BU ID | : 1-MAIN |
| Case No. | : |
| Case Name | : Garland v. Redeagle |

Penny Lewis                                              July 9, 2021

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

LAURIE GARLAND, an individual, )
                               )
          Plaintiff            )
                               )
v.                             )CIV-2020-306-RAW
                               )
STATE OF OKLAHOMA EX REL       )
OKLAHOMA DEPARTMENT OF         )
CORRECTIONS, CHRISTOPHER       )
REDEAGLE, individually; SHARON )
MCCOY, individually; JOE       )
ALLBAUGH, individually; PENNY  )
LEWIS, individually; RABEKAH   )
MOONEYHAM, individually;       )
HEATHER CARLSON, individually; )
BOARD OF CORRECTIONS,          )
                               )
          Defendants.          )


DEPOSITION OF

PENNY SUE LEWIS

HELD IN TULSA, OKLAHOMA

ON JULY 9TH, 2021



Prepared by:  DEBORAH S. (DEBI) REINHARDT, CCR, CSR

Penny Lewis                                          July 9, 2021

Page 2

```
 1                    APPEARANCES

 2    For the Plaintiff:
              HENRY DALTON, ESQ.
 3            KELLER, KELLER & DALTON
              201 ROBERT S. KERR, #1001
 4            OKLAHOMA CITY, OKLAHOMA 73102
              405.235.6693
 5            KKD.LAW@COXINET.NET

 6

 7    For the Defendants:
              KARI Y. HAWKINS, ESQ.
 8            ATTORNEY GENERAL'S OFFICE
              313 NE 21ST STREET
 9            OKLAHOMA CITY, OKLAHOMA 73105
              JEB.JOSEPH@OAG.OK.GOV
10            KARI.HAWKINS@OAG.OK.GOV

11

12

13    For Defendant Joe Allbaugh:
              ANTHONY ALLEN, ESQ.
14            ATTORNEY AT LAW
              106 S. OKMULGEE AVE.
15            OKMULGEE, OKLAHOMA 74447

16

17

18

19

20

21

22

23

24

25
```

Penny Lewis                                      July 9, 2021

Page 3

1                        STIPULATIONS

2            It is stipulated and agreed by and between

3    the parties hereto that all objections, except as to

4    the form of the questions, are reserved to the time

5    of trial with the same force and effect as if made

6    at the taking of the deposition.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Penny Lewis                                                    July 9, 2021

Page 4

1                              INDEX

2     DIRECT EXAMINATION BY MR. DALTON......PAGE 5

3
      _____
4
                        DEPOSITION EXHIBITS
5

6     EXHIBIT NUMBER 1 - DOCUMENT..........PAGE 10

7     EXHIBIT NUMBER 2 - DOCUMENT..........PAGE 30

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Leesa Thompson*

# INVOICE

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128927 | 7/20/2021 | 36546 |

| Job Date | Case No. |
|---|---|
| 7/2/2021 | |

| Case Name |
|---|
| Garland v. Redeagle |

| Payment Terms |
|---|
| Due upon receipt |

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Bryan Cox                                                                       285.14

**TOTAL DUE  >>>**                          **$285.14**

Location of Job    : D & R - Tulsa
                      401 S. Boston Ave., Ste 310
                      Tulsa, OK 74103

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 285.14 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

Invoice No.   : 128927
Invoice Date  : 7/20/2021
**Total Due**    : **$0.00**

Remit To: **D&R Reporting & Video, Inc.**
          **Metropolitan Building**
          **400 N. Walker**
          **Suite 160**
          **Oklahoma City, OK 73102**

Job No.     : 36546
BU ID       : 1-MAIN
Case No.    :
Case Name   : Garland v. Redeagle

# I N V O I C E

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128927 | 7/20/2021 | 36546 |

| Job Date | Case No. |
|---|---|
| 7/2/2021 | |

| Case Name |
|---|
| Garland v. Redeagle |

| Payment Terms |
|---|
| Due upon receipt |

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Bryan Cox

                                       285.14

**TOTAL DUE  >>>**          **$285.14**

Location of Job   : D & R - Tulsa
                     401 S. Boston Ave., Ste 310
                     Tulsa, OK 74103

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

Invoice No.   : 128927
Invoice Date  : 7/20/2021
**Total Due**   : **$285.14**

Remit To:  **D&R Reporting & Video, Inc.**
             **Metropolitan Building**
             **400 N. Walker**
             **Suite 160**
             **Oklahoma City, OK 73102**

Job No.     : 36546
BU ID      : 1-MAIN
Case No.    :
Case Name  : Garland v. Redeagle

Bryan Cox                                                July 2, 2021

Page 1

          IN THE UNITED STATES DISTRICT COURT FOR THE

                 EASTERN DISTRICT OF OKLAHOMA

LAURIE GARLAND, an individual, )
                               )
          Plaintiff            )
                               )
v.                             )CIV-2020-306-RAW
                               )
STATE OF OKLAHOMA EX REL       )
OKLAHOMA DEPARTMENT OF         )
CORRECTIONS, CHRISTOPHER       )
REDEAGLE, individually; SHARON )
MCCOY, individually; JOE       )
ALLBAUGH, individually; PENNY  )
LEWIS, individually; RABEKAH   )
MOONEYHAM, individually;       )
HEATHER CARLSON, individually; )
BOARD OF CORRECTIONS,          )
                               )
          Defendants.          )


                      DEPOSITION OF

                       BRYAN COX

                 HELD IN TULSA, OKLAHOMA

                   ON JULY 2ND, 2021




Prepared by:  DEBORAH S. (DEBI) REINHARDT, CCR, CSR

Bryan Cox                                                July 2, 2021

Page 2

```
 1                    APPEARANCES

 2    For the Plaintiff:
              HENRY DALTON, ESQ.
 3            KELLER, KELLER & DALTON
              201 ROBERT S. KERR, #1001
 4            OKLAHOMA CITY, OKLAHOMA 73102
              405.235.6693
 5            KKD.LAW@COXINET.NET

 6    For the Defendants:
              JEB JOSEPH, ESQ.
 7            KARI y. HAWKINS, ESQ.
              ATTORNEY GENERAL'S OFFICE
 8            313 NE 21ST STREET
              OKLAHOMA CITY, OKLAHOMA 73105
 9            JEB.JOSEPH@OAG.OK.GOV

10

11    For Defendant Joe Allbaugh:
              ANTHONY ALLEN
12            106 S. OKMULGEE AVE.
              OKMULGEE, OKLAHOMA 74447

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Bryan Cox                                    July 2, 2021

1                    STIPULATIONS

2

3          It is stipulated and agreed by and between

4    the parties hereto that all objections, except as to

5    the form of the questions, are reserved to the time

6    of trial with the same force and effect as if made

7    at the taking of the deposition.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Bryan Cox                                      July 2, 2021

```
                                                        Page 4
  1                          INDEX

  2

  3     DIRECT EXAMINATION BY MR. DALTON......PAGE 5

  4     CROSS-EXAMINATION BY MR. JOSEPH.......PAGE 105

  5
        _____
  6
                       DEPOSITION EXHIBITS
  7

  8     EXHIBIT NUMBER 1 - DOCUMENT..........PAGE 41

  9     EXHIBIT NUMBER 2 - DOCUMENT..........PAGE 50

 10     EXHIBIT NUMBER 3 - DOCUMENT..........PAGE 54

 11     EXHIBIT NUMBER 4 - DOCUMENT..........PAGE 59

 12     EXHIBIT NUMBER 5 - DOCUMENT..........PAGE 65

 13     EXHIBIT NUMBER 6 - DOCUMENT..........PAGE 70

 14     EXHIBIT NUMBER 7 - DOCUMENT..........PAGE 74

 15     EXHIBIT NUMBER 8 - DOCUMENT..........PAGE 76

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

*Leesa Thompson*

# INVOICE

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128572 | 6/8/2021 | 36045 |

| Job Date | Case No. | |
|---|---|---|
| 5/19/2021 | | |

| Case Name | | |
|---|---|---|
| Garland v. Eddie Warrior Correctional | | |

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

| Payment Terms |
|---|
| Due upon receipt |

1 CERTIFIED COPY OF TRANSCRIPT OF:
 Randy Knight

 309.00

**TOTAL DUE  >>>**            **$309.00**

Location of Job  : D & R OKC
 400 N. Walker, Suite 160
 Oklahoma City, OK 73102

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

**( - ) Payments/Credits:**            309.00
**(+) Finance Charges/Debits:**            0.00
**(=) New Balance:**            **$0.00**

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

Invoice No.   : 128572
Invoice Date  : 6/8/2021
**Total Due**   : **$0.00**

Remit To:  **D&R Reporting & Video, Inc.**
 **Metropolitan Building**
 **400 N. Walker**
 **Suite 160**
 **Oklahoma City, OK 73102**

Job No.   : 36045
BU ID   : 1-MAIN
Case No.   :
Case Name   : Garland v. Eddie Warrior Correctional

*Okay to Pay.*
*Kari Hawkins*

# INVOICE

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128572 | 6/8/2021 | 36045 |

| Job Date | Case No. |
|---|---|
| 5/19/2021 | |

| Case Name | |
|---|---|
| Garland v. Eddie Warrior Correctional | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Randy Knight

309.00

**TOTAL DUE  >>>**                                **$309.00**

Location of Job    : D & R OKC
                   400 N. Walker, Suite 160
                   Oklahoma City, OK 73102

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

---

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Kari Hawkins
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

Invoice No.    : 128572
Invoice Date   : 6/8/2021
**Total Due**     : **$309.00**

Remit To:  **D&R Reporting & Video, Inc.**
           **Metropolitan Building**
           **400 N. Walker**
           **Suite 160**
           **Oklahoma City, OK 73102**

Job No.     : 36045
BU ID       : 1-MAIN
Case No.    :
Case Name   : Garland v. Eddie Warrior Correctional

1

1          IN THE UNITED STATES DISTRICT COURT FOR THE

2                  EASTERN DISTRICT OF OKLAHOMA

3

4  (1) LAURIE GARLAND, an        )
   individual,                   )
5            Plaintiff,          )
                                 )
6  vs.                          )   Case No. CIV 2020-306-RAW
                                 )
7  (1) STATE OF OKLAHOMA EX      )
   REL OKLAHOMA DEPARTMENT OF    )
8  CORRECTIONS,                  )
   (2) CHRISTOPHER REDEAGLE,     )
9  individually                  )
   (3) SHARON MCCOY,             )
10 individually,                 )
   (4) JOE ALLBAUGH,             )
11 individually,                 )
   (5) PENNY LEWIS,              )
12 individually,                 )
   (6) RABEKAH MOONEYHAM,        )
13 individually                  )
   (7) HEATHER CARLSON,          )
14 indvidually                   )
   (8) BOARD OF CORRECTIONS,     )
15          Defendants.          )

16               DEPOSITION OF RANDY KNIGHT

17            TAKEN ON BEHALF OF THE PLAINTIFF

18              IN OKLAHOMA CITY, OKLAHOMA

19                     MAY 19, 2021

20

21           REPORTED BY: JULIA JACKSON, CSR

22

23

24

25

Randy Knight                                          May 19, 2021

                                                              Page 2

 1                    A P P E A R A N C E S

 2

 3      FOR THE PLAINTIFF:
             HENRY DALTON
 4           EW KELLER
             Keller, Keller & Dalton PC
 5           201 Robert S. Kerr, Suite 1001
             Oklahoma City, OK 73102
 6           (405)235-6693
             kkd.law@coxinet.net
 7

 8

 9

10      FOR THE DEFENDANTS:
             JEB JOSEPH
11           KARI HAWKINS
             Attorney General's Office
12           313 NE 21st Street
             Oklahoma City, OK 73105
13

14

15

16      FOR THE DEFENDANT CHRISTOPHER REDEAGLE:
             ANTHONY ALLEN
17           Anthony Allen & Associates
             106 S. Okmulgee Avenuee
18           Okmulgee, OK 74447
             (800)409-1915
19           anthony@oklahomaslawfirm.com

20

21

22      ALSO PRESENT:
             Breann Johnson
23

24

25

Randy Knight                                    May 19, 2021

```
                                                    Page 3
  1                    I N D E X

  2                                                    PAGE

  3    Appearances.........................................2

  4    Stipulations........................................4

  5

  6

  7    RANDY KNIGHT

  8    Direct Examination by Mr. Dalton....................5

  9    Cross-Examination by Mr. Allen....................122

 10    Reporter's Certificate............................127

 11

 12                   E X H I B I T S

 13    NUMBER DESCRIPTION                             PAGE

 14     1    Notice to Deposition Witnesses            17

 15     2    Oklahoma Department of Corrections        19
             Investigative Report
 16     3    Statement/Video log                       35

 17     4    Letter                                    39

 18     5    Photographs                               42

 19     6    Photograph                                44

 20     7    Letters                                   45

 21     8    Statements                                89

 22     9    Sexual Assault Report                    115

 23    10    Contraband/Evidence Tag                  117

 24

 25
```

*Leesa Thompson*

# INVOICE

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128871 | 7/15/2021 | 36625 |

| Job Date | Case No. |
|---|---|
| 7/6/2021 | |

| Case Name |
|---|
| Garland v. State of OK |

| Payment Terms |
|---|
| Due upon receipt |

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Laurie Garland

                1,382.98

**TOTAL DUE  >>>**      **$1,382.98**

Location of Job  : D & R OKC
           400 N. Walker, Suite 160
           Oklahoma City, OK 73102

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 1,382.98 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

---

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

Invoice No.   : 128871
Invoice Date  : 7/15/2021
**Total Due**    : **$0.00**

Remit To:  **D&R Reporting & Video, Inc.**
            **Metropolitan Building**
            **400 N. Walker**
            **Suite 160**
            **Oklahoma City, OK 73102**

Job No.    : 36625
BU ID      : 1-MAIN
Case No.   :
Case Name  : Garland v. State of OK

# I N V O I C E

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128871 | 7/15/2021 | 36625 |

| Job Date | Case No. |
|---|---|
| 7/6/2021 | |

| Case Name |
|---|
| Garland v. State of OK |

| Payment Terms |
|---|
| Due upon receipt |

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Laurie Garland

1,382.98

**TOTAL DUE  >>>**                    **$1,382.98**

Location of Job   : D & R OKC
                        400 N. Walker, Suite 160
                        Oklahoma City, OK 73102

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Jeb Joseph
Assistant Attorney General
313 NE 21st
Oklahoma City, OK 73105

| | |
|---|---|
| Invoice No. | : 128871 |
| Invoice Date | : 7/15/2021 |
| **Total Due** | : **$1,382.98** |

Remit To: **D&R Reporting & Video, Inc.**
              **Metropolitan Building**
              **400 N. Walker**
              **Suite 160**
              **Oklahoma City, OK 73102**

| | |
|---|---|
| Job No. | : 36625 |
| BU ID | : 1-MAIN |
| Case No. | : |
| Case Name | : Garland v. State of OK |

Laurie Garland                                    July 6, 2021

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA


LAURIE GARLAND,                    )
                                   )
          Plaintiff,               )
                                   )
vs.                                ) NO. CIV-20-306-RAW
                                   )
                                   )
STATE OF OKLAHOMA, ex rel          )
OKLAHOMA DEPARTMENT OF             )
CORRECTIONS,                       )
CHRISTOPHER REDEAGLE,              )
individually,                      )
SHARON McCOY, individually,        )
JOE ALLBAUGH, individually,        )
RABECKAH MOONYHAM,                 )
individually,                      )
HEATHER CARLSON, individually,)
and BOARD OF CORRECTIONS,          )
                                   )
          Defendants.              )



DEPOSITION OF LAURIE ELIZABETH GARLAND

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON JULY 6, 2021, 2021


REPORTED BY:  JANA C. HAZELBAKER, CSR

Laurie Garland                                            July 6, 2021

                                                              Page 2

 1                  A P P E A R A N C E S

 2

 3

 4   For the Plaintiff:            Henry Dalton
                                   Keller, Keller & Dalton
 5                                 201 Robert S. Kerr
                                   Suite 1001
 6                                 Oklahoma City, OK  73102
                                   (405)235-6693
 7                                 kkd.law@coxinet.net

 8

 9   For the Defendant,            Anthony L. Allen
     Christopher Redeagle:         Attorney at Law
10                                 106 South Okmulgee Avenue
                                   Okmulgee, OK  74447
11                                 (918)625-0131
                                   tony@anthonylallen.com
12

13
     For the Defendants,           Jeb Joseph
14   State of Oklahoma,            Kari Hawkins
     ex rel Oklahoma               Assistant Attorney General
15   Department of                 313 Northeast 21st Street
     Corrections, et al.:          Oklahoma City, OK  73105
16                                 (405)522-2976
                                   jeb.joseph@oag.ok.gov
17                                 kari.hawkins@oag.ok.gov

18

19   Also Present:                 Breann Johnson, intern

20

21

22

23

24

25

Laurie Garland                                    July 6, 2021

                                                        Page 3

1                    C O N T E N T S

2                                                        Page

3    Index of Exhibits .........................     4

4    Stipulations ..............................     6

5    Direct Examination by Mr. Allen ...........     7

6    Direct Examination by Mr. Joseph ...........   182

7    Certificate ...............................    298

8                    * * * * * *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# INVOICE

1 of 1

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 132351 | 9/6/2022 | 39685 |

| Job Date | Case No. |
|---|---|
| 8/25/2022 | |

| Case Name |
|---|
| Garland v. State of OK |

| Payment Terms |
|---|
| Due upon receipt |

Jessica Wilkes
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Susan McCoy                                                           363.00

                                          **TOTAL DUE  >>>**          **$363.00**

Location of Job    : Jeffrey Contreras
                     25 East Carl Albert Parkway, Suite A
                     Mcalester, OK 74501

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

---

**Tax ID:** 73-1334253

*Please detach bottom portion and return with payment.*

Jessica Wilkes
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Invoice No.    : 132351
Invoice Date   : 9/6/2022
**Total Due**      : **$363.00**

Remit To:  **D&R Reporting & Video, Inc.**
           **Metropolitan Building**
           **400 N. Walker**
           **Suite 160**
           **Oklahoma City, OK 73102**

Job No.      : 39685
BU ID        : 1-MAIN
Case No.     :
Case Name    : Garland v. State of OK

Sharon McCoy                                    August 25, 2022

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

LAURIE GARLAND,                    )
                                   )
          Plaintiff,               )
                                   )
vs.                                ) No.  CIV-2020-306-RAW
                                   )
STATE OF OKLAHOMA ex rel           )
OKLAHOMA DEPARTMENT OF             )
CORRECTIONS, CHRISTOPHER           )
REDEAGLE, Individually,            )
SHARON McCOY, Individually,        )
JOE ALLBAUGH, Individually,        )
PENNY LEWIS, Individually,         )
RABEKAH MOONEYHAM,                 )
Individually, HEATHER              )
CARLSON, Individually and          )
BOARD OF CORRECTIONS,              )
                                   )
          Defendants.              )


* * * * * *

DEPOSITION OF SHARON McCOY

TAKEN ON BEHALF OF THE PLAINTIFF

IN MCALESTER, OKLAHOMA

ON AUGUST 25, 2022

* * * * * *


******ALL EXHIBITS ARE CONFIDENTIAL
AND SUBJECT TO PROTECTIVE ORDER******

Sharon McCoy                                    August 25, 2022

```
                                                    Page 2
 1                     APPEARANCES

 2

     FOR THE PLAINTIFF:
 3
               Henry Dalton
 4             E.W. Keller
               KELLER, KELLER & DALTON, PC
 5             201 Robert S Kerr, Suite 1001
               Oklahoma City, Oklahoma 73102
 6             405-235-6693
               kkd.law@coxinet.net
 7
     FOR THE DEFENDANTS STATE OF OKLAHOMA EX REL:.
 8
               Jessica A. Wilkes
 9             Jeb Joseph
               OFFICE OF ATTORNEY GENERAL
10             Assistant Attorney General
               313 NE 21st Street
11             Oklahoma City, Oklahoma 73105
               405-522-2944
12             jessica.wilkes@oag.ok.gov
               jeb.joseph@oag.ok.gov
13
     FOR THE DEFENDANT CHRISTOPHER REDEAGLE:
14
               Anthony L. Allen
15             ANTHONY ALLEN & ASSOCIATES
               106 S. Okmulgee Avenue
16             Okmulgee, Oklahoma 74447
               800-409-1915
17             anthony@anthonylallen.com

18

19

20   ALSO PRESENT:   David San Martin, Attorney for DOC

21

22

23

24

25
```

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

(1) LAURIE GARLAND,

          Plaintiff,

v.

(1) STATE OF OKLAHOMA, *ex rel.,* OKLAHOMA DEPARTMENT OF CORRECTIONS, et al.,

          Defendant.

**Case No.: 20-cv-306-JWB**

## <u>DECLARATION OF JEB E. JOSEPH</u>

| STATE OF OKLAHOMA | ) | |
|---|---|---|
| | ) | ss. |
| COUNTY OF OKLAHOMA | ) | |

Jeb E. Joseph, being of lawful age, and first being sworn upon his oath, deposes and states as follows:

1.      I am an Assistant Attorney General with the Oklahoma Attorney General's Office, and I am co-counsel of Record for Defendants Sharon McCoy and Penny Lewis. As such, I have personal knowledge of the matters set forth herein.

2.      At the requests of Plaintiff, Assistant Attorneys General traveled from their office in Oklahoma City, OK, to present and/or attend the following witness depositions, in the respectively listed cities, and on the dates indicated:

      a. Randy Knight      Oklahoma City, OK      May 19, 2021;
      b. Bryan Cox      Tulsa, OK      July 2, 2021;
      c. Penny Lewis      Tulsa, OK      July 9, 2021;
      d. Christopher Redeagle      Tulsa, OK      July 14, 2021; and
      e. Sharon McCoy      McAlester, OK      August 25, 2022

The costs for deposition transcripts and mileage are included in Defendants' Bill of Costs [Doc. 119] and Brief in Support of Bill of Costs [Doc. 120].

3.      The Office of the Attorney General paid an amount totaling $2,981.22 for the transcripts in this matter.

4.      The total mileage traveled by the Assistant Attorneys General is 676, and is reflected in the Bill of Costs. [Doc. 119].


Dated this 22nd day of November 2022.


**JEB E. JOSEPH, OBA #19137**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: jeb.joseph@oag.ok.gov
*Attorneys for Defendants*