**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1)L LAURIE GARLAND., an individual )<br>Plaintiff, )<br>v. )<br> )<br>(1) CHRISTOPHER REDEAGLE, individually )<br>Defendant ) | Case *No. CIV 2020-306-JWB* |

**AGREED APPLICATION FOR JUDGMENT IN FAVOR OF PLAINTIFF**

COMES NOW the parties, Laurie Garland, Plaintiff and Christoper Redeagle, Defendant, and asks this Court to enter an Agreed Judgment of $6,000.00 in favor of the Plaintiff and in support thereof offers the the following:

1. This case was filed on 09/04/2020 and is currently set on the January 9, 2023 Trial Docket in Muskogee, Oklahoma.

2. The parties have mutually agreed for the Court to enter an Order in favor of the Plaintiff, Laurie Garland, and against the Defendant, Christopher Redeagle, in the amount of $6,000.00, total there being no attorney fees or costs assessed.

WHEREFORE, Plaintiff prays this Court grant Plaintiff Judgment in the Amount $6,000.00 against Defendant Christopher Redeagle.

/S/E. W. KELLER
E. W. KELLER   OBA#   4918
HENRY DALTON  OBA#15749
KELLER, KELLER & DALTON PC
201 Robert S. Kerr, Suite 1001
Oklahoma City, Oklahoma 73102
(405) 235-6693
(405) 232-3301   Facsimile
E-Mail – kkd.law@coxinet.net

And

/s/ ANTHONY L. ALLEN
ANTHONY L. ALLEN OBA#
106 S. Okmulgee Avenue

Okmulgee, OK   74447
(800) 409-1915
(888) 397-3643   Facsimile
E-Mail – tony@anthonyallen.com