IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

(1) LAURIE GARLAND., an individual   )
       Plaintiff,   )
v.   ) Case *No. CIV 2020-306-JWB*
   )
(2) CHRISTOPHER REDEAGLE, individually   )
       Defendant   )

## ORDER

This matter comes on for Consideration before this Court on the Agreed Application for Judgment In Favor of Plaintiff (Doc 125) filed on behalf of the parties herein.

The Court having reviewed the file and being well advised in the premises grants Judgment in the amount of $6,000.00 in favor of the Plaintiff, Laurie Garland and against the Defendant, Christopher Redeagle.   No attorney fees or costs are awarded.

IT IS SO ORDERED THIS 13th DAY of DECEMBER, 2022.

*s/ John W. Broomes*
JOHN BROOMES
UNITED STATES DISTRICT JUDGE