**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

**LAURIE GARLAND, an individual,**

        **Plaintiff,**

**v.**                                                        **Case No. 20-CV-306-JWB**

**CHRISTOPHER REDEAGLE,
individually,**

        **Defendant.**

## JUDGMENT

Pursuant to the Order filed contemporaneously and Rule 58 F.R.Cv.P., the court enters judgment in favor of Plaintiff Laurie Garland and against Defendant Christopher Redeagle in the amount of $6,000.00.  No attorney fees or costs are awarded.

IT IS SO ORDERED.  Dated this 13th day of December, 2022.

_ _s/ John W. Broomes_ _ _ _ _ _ _ _ _
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE